# Exhibit 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ~~NEW YORK~~  KINGS
-------------------------------------------------------------------X
RANDY CHANG and ANN HSIUNG,

                               Plaintiff,

      -against-

SAM SPREI aka YECHIEL SHIMON SPREI,

                             Defendant.
-------------------------------------------------------------------X

Index No.

**AFFIRMATION OF CONFESSION OF JUDGMENT**

STATE OF NEW YORK   )
                              : ss.:
COUNTY OF New York  )

      SAM SPREI aka YECHIEL SHIMON SPREI, solemnly affirms under the penalty of perjury, as follows:

      1. I am the defendant in the above-captioned action and reside in Kings County, New York. I have personal knowledge of the facts set forth below.

      2. I confess judgment and authorize entry thereof in the Supreme Court of the State of New York, County of New York, against me and in favor of plaintiff Randy Chang and Ann Hsiung (Chang & Hsiung), in the amount of $941,000.00.

      3. This Confession of Judgment is a debt justly due to plaintiff, Randy Chang and Ann Hsiung from the following facts.

      4. In connection with certain personal matters that I borrowed from Randy Chang and Ann Hsiung, Randy Chang and Ann Hsiung advanced and I received from them, the amount of $941,000.00. Specifically, I borrowed the sum of $880,000.00 from Randy Chang to cover a check issued from Ann Hsiung, IOLA check for my payment to an individual, named Liao Li Lan who I owed the money to on March   , 2014. Subsequently, I paid $24,000.00 to Randy Chang leaving a unpaid balance of $856,000.00 which has not been paid to Randy Chang. Further, I borrowed $85,000.00 from Ann Hsiung for my personal use which I have not paid back to Ann Hsiung, thus making a total unpaid balance of $941,000.00 owing to Randy Chang and Ann Hsiung as of the date of this Confession of Judgment.

      5. Despite I have promised to pay the above-stated unpaid balance of $941,000.00 to Randy Chang and Ann Hsiung, I have not do so and I am in default of my promise to return the funds to them.

6. I am now in default of my promise and obligation to repay Randy Chang and Ann Hsiung, and am liable to them, the sum of $941,000.00. Therefore, Randy Chang and Ann Hsiung may collectively or individually immediately enter this Confession of Judgment and enforce of the $941,000.00 owe to them.

7. This Confession of Judgment is not for the purpose of securing the plaintiff against a contingent liability.

_____
SAM SPREI aka YECHIEL SHIMON SPREI

STATE OF NEW YORK

COUNTY OF _New York_ ) ss.:

On the 4th day of February in the year 2016, before me, the undersigned, a Notary Public in and for said State, personally appeared **Sam Sprei aka Yechiel Shimon Sprei**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

XIUSHAN LAI
Notary Public, State of New York
No. 01LA6272372
Qualified in Queens County
Certificate Filed in New York County
Commission: Expires November 19, 2016

Page 7