# Exhibit 5



Ethan A. Kobre • Direct: 212.743.7048 • [ekobre@ssrga.com](mailto:ekobre@ssrga.com)

January 30, 2025

**By Email**

Jennifer Selendy
Selendy Gay PLLC
1290 Avenue of the Americas
New York, New York 10104

Re: **Surf9 Escrow Agreement**

Dear Jennifer,

We are litigation counsel to Mr. Samuel Sprei.

Because of untoward threats made by your clients, my client objects to the release of the escrow to your clients. As escrow agent, Mr. Graubard—who I know to be an exceptional attorney and a man of sterling character—also owes fiduciary duties to my client. Those duties are imposed on Mr. Graubard by law, and my client has instructed Mr. Graubard not to release the escrowed funds.

This should not be controversial. Your clients want the escrowed funds. My client wants certainty that your clients will not pursue meritless claims against him. All that's needed for ***everyone's*** satisfaction is a release in my client's favor. Your resistance to providing one only highlights the need for one.

Please send us the draft release, and, provided it is satisfactory to us, a signed version can be placed in escrow with Mr. Graubard pending the release of the escrowed funds to you or your clients, at which time the release would be delivered to me or my client. If that is not acceptable to you, we will move to have the funds deposited into court—a process that will complicate matters for all.

Don't overcomplicate what is easily solvable.

Very truly yours,

Ethan A. Kobre

cc: M. David Graubard, Esq.