UNITED STATES DISTRICT COURT
EASTERN DSTRICT OF NEW YORK

ANGELOS METAXAS and PERTSHIRE
INVESTMENTS LP,

                Plaintiffs

      v.

MARK DAVID GRAUBARD, ESQ. d/b/a
M. DAVID GAUBARD, YESCHJIEL SHIMON
"SAM" SPREI, FRANK R. SEDDIO, ESQ. and
JONATHATN RUBIN,

                Defendants.

Case No. 1;25-CV-5844

ANSWER OF DEFENDANT
MARK DAVID GRAUBARD

      Defendant Mark David Graubard, answering the Compliant filed herein, respectfully shows as follows:

      1.      Admits the allegations set forth in Paragraphs 16, 17, 18 19, 21, 116 and 128 of the Complaint.

      2.      Denies the allegations set forth in Paragraphs 1,3, 6,13, 38, 53, 56, 57, 58, 62, 63, 66, 67, 79, 80, 87, 88, 95, 97, 98, 124, 125, 130, 131, 134, 135, 136, 145, 146, 147, 148,149, 150, 152,173, 174, 177, 178, 181, 182, 183, 184, 185 and 186 of the Complaint.

      3.      Denies knowledge or information sufficient to form a belief with respect to the allegations set forth in Paragraphs 7, 8,9,10, 14, 15,20,22, 25, 26, 27, 28, 29, 30, 31, 32, 33,34,35, 36,37, 49, 60, 71, 72, 73, 76, 77, 78, 81, 82, 83, 84, 85, 86, 89, 90, 91, 92, 93, 94, 100, 102, 103, 104, 106, 107, 111, 112, 114, 115, 118, 119, 120, 121, 122, 123, 129, 138, 139, 140, 141, 142, 143, 154, 155, 156,157, 159, 160, 161, 162, 163, 164,166, 167, 168, 169, 170, 171 and 179 of the Complaint.

      4.      Denies the allegations set forth in Paragraph 2 of he Complaint, except admits that Graubard is an attorney admitted to practice in the State of New York.

      5.      Denies the allegations set forth in Paragraph 5 of the Complaint, except admits that at one point the Plaintiffs requested return of their deposits.

      6.      Denies the allegation e forth in Paragraph 12 of the Complaint, except admits no deposit was made to the Clerk's office.

      7.      Denies the allegations set forth in Paragraphs 23 and 24of the Complaint, except admits that venue is proper in this District.

      8.      Denies the allegations set forth in Paragraph 45 of the Complaint, except admits receipt of a deposit from Pakari Trust.

9. Denies the allegations set forth in Paragraph 46 of the Complaint, except admits receipt of deposit from Angelos Metaxas.

10. Denies the allegations set forth in Paragraph 47 of the Complaint, except admits receipt of a deposit from Maamari.

11. Denies the allegations set forth in Paragraph 48 of the Complaint, except admits receipt of a deposit from El-Khoury.

12. Denies he allegations set forth in Paragraph 96 of the Complaint, except admits that at one point Yeshaya Gorkin, Esq. represented Defendant.

13. Denies the allegations set forth in Paragraph 99 of the Complaint, except admits that Defendant was not in Court on July 17, 2025.

14. Denies the allegations set forth in Paragraph 105 of the Complaint, except admits that no deposit was made with the Clerk.

15. Denies the allegations set forth in Paragraph 110 of the Complaint, except admits that at one point Israel Goldberg, Esq., represented Defendant

16. Denies the allegations set forth in Paragraph 176 of the Complaint, except admis that certain funds have not be received by Plaintiffs

17. Neither admits nor denies the allegations set forth in Paragraphs 4, 11, 39, 40, 41 42, 43, 44, 50, 51, 52, 54, 55, 59, 61, 64, 65, 68, 69, 70, 74, 75, 101, 108, 109, 113, 117, 127, 133, 153 and 175, of the Complaint, but respectfully refers the Court to the document, rule or statute stated therein for its exact terms and conditions.

18. Re-alleges the responses contained herein with respect to Paragraphs 126, 132, 137, 144, 151, 158, 165, 172 and 180 of the Complaint.

WHEREFORE, Defendant Graubard respectfully requests that the Complaint herein be dismissed, together with such other and further relief as is just and proper.

Dated: Flushing, New York
November 12, 2025

_____
MARK DAVID GAUBARD
Defendant Pro Se
7118 Main Street
Flushing, NY 11367
(212) 681-1600
dgraubard@keragraubard.com