UNITED STATES DISTRICT COURT
EASTERN DSTRICT OF NEW YORK

---

ANGELOS METAXAS and PERTSHIRE INVESTMENTS LP,

          Plaintiffs

v.

MARK DAVID GRAUBARD, ESQ. d/b/a M. DAVID GAUBARD, YESCHJIEL SHIMON "SAM" SPREI, FRANK R. SEDDIO, ESQ. and JONATHATN RUBIN,

          Defendants.

Case No. 1;25-CV-5844

ANSWER OF DEFENDANT
Jonathan Rubin

---

    Defendant Jonathan Rubin answering the Compliant filed herein, respectfully shows as follows:

1. Denies any knowledge or connection to the allegations set forth in the Complaint in its entirety, other than number 18, which Defendant admits is true.

2. Denies knowledge or information sufficient to form a belief with respect to the allegations set forth in Paragraphs 1 through 179, other than number 18, which Defendant admits to.

3. Defendant has never spoken or dealt with the Plaintiff, and has no connection to their complaint.

    WHEREFORE, Defendant Rubin respectfully requests that the Complaint herein be dismissed, together with such other and further relief as is just and proper.

Dated: Lakewood NJ
November 13, 2025

Jonathan Rubin
Defendant Pro Se
111 Clifton Ave Suite # 14
Lakewood NJ 08701

RubinJ20@gmail.Com