UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ANGELOS METAXAS and
PERTSHIRE INVESTMENTS LP,
                Plaintiffs

Case No. 1;25-CV-5844

    v.

MARK DAVID GRAUBARD, ESQ. d/b/a
M. DAVID GAUBARD, YESCHJIEL SHIMON
"SAM" SPREI, FRANK R. SEDDIO, ESQ. and
JONATHATN RUBIN,
                Defendants

## ANSWER OF DEFENDANT FRANK R. SEDDIO. ESQ.

Defendant Frank R. Seddio. Esq., hereby states his answer to the Compliant filed herein:

    1      Admits the allegations set forth in Paragraphs 17, 20, 21, 94, 99, 111, 128 and 167 of the Complaint.

    2.      Denies the allegations set forth in Paragraphs 1, 3, 9, 10, 12 13, 78 through 81, 88, 90, 91, 100, 103, 104, 106, 115, 118, 119, 123, 125, 130, 131, 140 through 143, 149, 150, 153 through 157, 160 through 164, 168 through 170 and 181 through 186 of he Complaint.

    3    .    Denies knowledge or information sufficient to form a belief with respect to the allegations set forth in Paragraphs 2, 4 through 6, 14 through 16, 18, 19, 22, 25 through 70, 72, 73, 95 through 98, 124, 129, 133 through 136, 145 through 148, 171 and 173 through 179 of the Complaint

    4      Neither admits nor denies the allegations set forth in Paragraphs 11, 23, 24, 71, 74 through 77, 82 through 85, 87, 92, 93, 101, 102, 107 through 109, 112 through 124, 117, 120 through 122, 127, 138, 152, 159 and 166, of the Complaint, but respectfully refers the Court to the document, rule or statute referred to therein for its exact terms and conditions.

    5.      Denies the allegations set forth in Paragraphs 7 and 8 of the Complaint, except admits that Defendant Seddio commenced the State Court Action.

    6.      Denies the allegations set forth in Paragraph 86 of the Complaint, except admits that Defendant Seddion served the TRO and supporting papers on the Plaintiffs.

6. Denies the allegations set forth in Paragraph 89 of the Complaint, except admits that no complaint was filed.

7. Denies the allegations set forth in Paragraph 105 of the Complaint, except admits that no deposit was made.

8. Denies the allegations set forth in Paragraph 110 of the Complaint, except admits that Gorkin made a motion to withdraw as counsel for Graubard.

9. Denies knowledge or information with respect to the allegations set forth in Paragraph 139 of the Complaint, except admits that Seddio had knowledge of the existence of the Escrow Agreements.

10. Denies the allegations set forth in Paragraph 116 of the Complaint, except admits the Justice Mostofsky recused himself.

11. Re-alleges the responses contained herein with respect to Paragraphs 126, 132, 137, 144, 151, 158, 165, 172 and 180 of the Complaint.

WHEREFORE, Defendant Frank R. Seddio, Esq. respectfully requests that the Complaint herein be dismissed, together with such other and further relief as is just and proper.

Dated: Brooklyn, New York
November 17, 2025

FRANK R. SEDDIO, ESQ.
1 Metrotech Center
Suite 1803
Brooklyn, NY 11201-3949
718-272-6040