UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELOS METAXAS *et al.*,

                Plaintiffs,

      -against-

MARK DAVID GRAUBARD *et al.*,

                Defendants.
------------------------------------------------------------X

**SCHEDULING ORDER**
25 CV 5844 (AMD) (CLP)

**POLLAK**, United States Magistrate Judge:

      On November 17, 2025, defendant Yeschiel Shimon Sprei ("defendant" or "Sprei"), currently proceeding *pro se*, emailed Chambers with a letter requesting a 30-day extension of time to answer the Complaint and find counsel, and also requesting an associated adjournment of the Initial Conference, currently scheduled for December 5, 2025 at 10:45 AM. Defendant Sprei explained that the current deadline to answer is today, November 17, 2025. Defendant stated he conferred with plaintiffs' counsel, who advised that they consented only to a 15-day extension, on the condition that defendant inform the Court that plaintiffs responded quickly to defendant's request, and that defendant not ask for an adjournment of the Initial Conference or Rule 26(f) conference.

      As noted in a reply email to *pro se* defendant, the Court does not accept filings over email. The Court Orders defendant to file his letter on the docket by **November 21, 2025**. Defendant may do so by submitting the letter, along with an executed copy of the form titled "Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases," to the link provided in the PDF document titled "Pro Se Electronic Document Submission Instructions": https://prose.nyed.uscourts.gov/. Any filing must include the case name and number, and the *pro se* party's contact information and typed or wet signature.

1

All referenced documents may be found on the EDNY courthouse website at:

https://www.nyed.uscourts.gov/pro-se-document-submission-and-consent-notifications.

However, in light of defendant Sprei's *pro se* status and the impending deadline to answer, the Court GRANTS defendant Sprei's request. Defendant Sprei must answer or otherwise respond to the Complaint by **December 17, 2025**. Additionally, the 12/5 Initial Conference is adjourned to **December 22, 2025 at 11:45 AM**. The conference will proceed via CISCO conference call. Dial-in information remains the same: Please dial 571-353-2301 at 11:45 AM. Enter Meeting ID: 022-788-537.

All future filings must be filed on the docket and will not be received via email. For additional information regarding court procedures, defendant may contact the *Pro Se* Office at the United States Courthouse by calling (718) 613-2665. Defendant may also contact the City Bar Justice Center's Federal *Pro Se* Legal Assistance Project at (212) 382-4729 to make an appointment for free, confidential, limited-scope legal assistance at the United States Courthouse.

      **SO ORDERED.**

Dated: Brooklyn, New York
      November 17, 2025

      /s/ Cheryl L. Pollak
      Cheryl L. Pollak
      United States Magistrate Judge
      Eastern District of New York