## *M. David Graubard, Esq.*
Attorney at Law
7118 Main Street
Flushing, NY 11367
Phone (212) 681-1600
Cell (646) 245-3978
Fax (646) 690-7686

December 3, 2025

By: Efile

Hon. Cheryl L. Pollak
U. S. District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Metaxas v. Graubard
25-cv- 5844 (AMD) (CLP)

Dear Magistrate Pollak:

This letter request is written by me as the first named defendant in this matter. I filed a pro se Answer (CEF 14) to the Complaint

The Initial Conference has been scheduled for December 22, 2025 so that the Rule 26 disclosures are due to be completed by December 8, 2025. Counsel for the Plaintiff wants to have the parties meet this week per the Rule 26 procedures.

Unfortunately, both attorneys I know in the law firm that I had previously contacted on this case are out of the country this week. I am not prepared to represent myself in this matter, and do not feel comfortable participating in the Rule 26 discovery process without an attorney. I requested an extension of two weeks from all the parties. The attorneys for the Plaintiff have not consented and `asked me to include this message in any application to the Court:

"Plaintiffs state that they oppose Defendant Sprei's second request for an adjournment of the initial conference. Mr. Sprei was served with the complaint in this matter over five weeks ago, on October 27, 2025. Mr. Sprei has already requested and was granted, over Plaintiffs' objection, an adjournment of the due date for his answer and the initial conference in this matter. Plaintiffs submit that

Mr. Sprei's repeated adjournment requests are part of the pattern of judicial delay alleged in our complaint.

Plaintiffs similarly oppose Defendant Graubard's request for an adjournment. Mr. Graubard, an attorney barred in the state of New York, was served with the complaint in this matter almost six weeks ago, on October 23, 2025, and chose to answer Plaintiffs' complaint pro se. He also benefited from the grant of Mr. Sprei's adjournment. Plaintiffs submit that Mr. Graubard's adjournment request, made on the heels of Mr. Sprei's second request, is part of the same pattern of judicial delay Plaintiffs have alleged against Mr. Graubard and his co-Defendants here."

Therefore, I find it necessary to ask for an extension of two weeks with respect to the Rule 26 disclosures and also two weeks on the Initial Conference.

Respectfully yours,

M. David Graubard

cc: To All Counsel and Parties