Yechiel Shimon Sprei
4203 13th Avenue, Suite 102
Brooklyn, NY 11219

By email: Pollak_chamberss@nyed.uscourts.gov

December 3, 2025

Magistrate Judge Cheryl Pollak
U.S. District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Metaxas v Graubard
<u>25-cv-5844</u>

Dear Magistrate Pollak:

    I am one of the defendants in this matter and am writing to the Court for an extension of time for me to get an attorney to represent me in this case. Certainly, I cannot represent myself.

    You already granted me an extension of time to do an answer to December 17, 2025, but the Rule 26 items are due on Monday December 8, 2025 and I need an attorney for that because the attorney for the plaintiff wants to meet this week on it. The attorney I contacted has a conflict and I need time to get a new attorney for this compliated case.

    Yesterday I emailed the attorney for the plaintiff for an extension and would ask for one form the Court. The attorney for the plaintiff said if so, I should tell the Court:

> Plaintiffs state that they oppose Defendant Sprei's second request for an adjournment of the initial conference. Mr. Sprei was served with the complaint in this matter over five weeks ago, on October 27, 2025. Mr. Sprei has already requested and was granted, over Plaintiffs' objection, an adjournment of the due date for his answer and the initial conference in this matter. Plaintiffs submit that Mr. Sprei's repeated adjournment requests are part of the pattern of judicial delay alleged in our complaint."

      Therefore, I request the Court to extend my time to ffile an Answer to Janury 15, 2026 and the Rule 26 items for 20 days after that February 4, 2026)( and the Intial Conference for two weeks later (February 18, 2026)

      Thank you very much

                                        Respectfully yours,

                                        Yechiel Shimon Sprei