UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANGELOS METAXAS and PERTSHIRE INVESTMENTS LP,

            Plaintiff(s),

v.

MARK DAVID GRAUBARD, ESQ. d/b/a M. DAVID GRAUBARD, YESCHIEL SHIMON "SAM" SPREI, FRANK R. SEDDIO, ESQ., AND JOHNATHAN RUBIN

            Defendants.

Case No. 1:25-cv-5844

## PLAINTIFFS' AND DEFENDANT GRAUBARD'S REPORT OF RULE 26(F) CONFERENCE AND PROPOSED CASE MANAGEMENT PLAN

In accordance with Federal Rule of Civil Procedure 26(f), counsel for Plaintiffs Angelos Metaxas and Pertshire Investments LP (collectively, "Plaintiffs") and Defendants Mark David Graubard, Esq. ("Graubard"), acting *pro se*, submit the instant Report of the Rule 26(f) Conference and Proposed Case Management Plan. Plaintiffs sought to submit the instant Report jointly with Defendants Graubard, Yeschiel Shimon "Sam" Sprei ("Sprei"), and Johnathan Rubin ("Rubin"), all of whom attended the December 5, 2025 Rule 26(f) Conference (the "Rule 26(f) Conference"), but Sprei and Rubin have each declined to respond to Plaintiffs' multiple emails sent this week regarding the instant Report.

Defendant Frank Seddio, Esq. ("Seddio"), who was included on each of Plaintiffs' emails regarding the Rule 26(f) Conference and Report has declined to respond to any of Plaintiffs' communications.

Plaintiffs and Graubard, acting *pro se*, therefore submit the instant Report of the Rule 26(f) Conference without input or signatures from Defendants Sprei, Seddio, and Rubin.

Plaintiffs, through counsel, and Defendants Sprei, Rubin, and Graubard, all of whom were acting *pro se*, met and conferred on December 5, 2025, from 11:00 a.m. to 11:30 a.m. via Microsoft Teams conference call. Seddio, Esq. was copied on all correspondence regarding the scheduling of the Rule 26(f) Conference, but he did not appear at or otherwise participate in the conference.

At the Rule 26(f) Conference, Sprei stated that, for the reasons set forth in his pending motion to adjourn the initial conference, currently scheduled for December 22, 2025, *see* ECF No. 21, he would not participate in the Rule 26(f) Conference. Sprei remained on the line throughout the conference, but he did not take any positions regarding the discussion topics set forth in Rule 26(f)(2).

Graubard similarly stated that, for the reasons set forth in his motion to adjourn the initial conference, *see* ECF No. 20, he would attend the Rule 26(f) Conference, subject to any comments from future counsel. Graubard remained on the line throughout the conference, and unlike Sprei, did take some tentative positions regarding the discussion topics set forth in Rule 26(f)(2).

Plaintiffs stated that, absent a ruling from the Court adjourning the initial conference, the Rule 26(f) Conference must proceed in accordance with this Court's November 17, 2025 Rescheduling Order. ECF No. 18.

## PROPOSED CASE MANAGEMENT PLAN

**I.    Deadline for Initial Disclosures Pursuant to Rule 26(a)(1)**

Plaintiffs proposed no change to the December 19, 2025 deadline under Rule 26(a)(3)(B). No Defendant objected.

2

## II. Fact Discovery

### A. Interrogatories

Plaintiffs proposed no modification of the default limit of 25 interrogatories per party on any other party under Rule 33(a)(1).

Graubard acknowledged the limit was reasonable.

Rubin and Sprei did not comment.

### B. Depositions

Plaintiffs proposed no modification to the default limit of 10 depositions per side, with each deposition lasting up to 7 hours on the record, under Rule 30(a)(1).

Graubard acknowledged Plaintiffs' proposal was reasonable.

Rubin stated that he would "need 3 depositions" and raised no objection to Plaintiffs' proposal.

Sprei did not comment.

### C. Completion of Fact Discovery

Plaintiffs proposed that all fact discovery be completed by April 30, 2026.

Graubard acknowledged that Plaintiffs' proposal was reasonable.

Rubin and Sprei did not comment.

## III. Expert Discovery

Plaintiffs stated that they do not anticipate needing expert witnesses.

Graubard tentatively agreed that experts likely would not be needed in this matter.

Rubin and Sprei did not comment.

## IV. Amendment and Joinder

Plaintiffs proposed February 27, 2026, as the deadline to amend any pleadings and join any new parties.

3

Graubard stated that Plaintiffs' proposal was reasonable.

Rubin and Sprei did not comment.

## V. Dispositive Motions

Plaintiffs June 5, 2026, as the deadline for any party to file dispositive motions (or pre-motion letters, if required under the Court's individual practices).

Graubard stated that Plaintiffs' proposed deadline was reasonable.

Rubin and Sprei did not comment.

## VI. Electronically Store Information and Preservation

There is no electronic discovery protocol currently in place.

Plaintiffs stated that they anticipate requesting discovery of not only hard-copy documents but also electronically stored information from personal computers, handheld devices, and cloud-storage systems. Plaintiffs expressed their expectation that all parties are abiding by their obligation to preserve all relevant records, including but not limited to turning off any auto-delete setting on email systems and messaging apps.

Graubard stated that he understood Plaintiffs' position.

Rubin and Sprei did not comment.

## VII. Protective Order

Plaintiffs stated that a protective order may be warranted in this case and proposed circulating a draft for the parties' consideration.

Graubard said he would wait to see the proposed draft.

Rubin and Sprei did not comment.

## VIII. Consent to Trial Before a Magistrate Judge

All parties do not consent to trial before a magistrate judge pursuant to 28 U.S.C. 636(c).

Dated: December 12, 2025

Respectfully submitted,

SELENDY GAY PLLC

/s/   *Lauren J. Zimmerman*

Jennifer M. Selendy
Lauren J. Zimmerman
Babak Ghafarzade
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
jselendy@selendygay.com
lzimmerman@selendygay.com
bghafarzade@selendygay.com

*Attorneys for Plaintiffs Angelos Metaxas and Pertshire Investments LP*

/s/

Mark David Graubard
7118 Main Street
Flushing, NY 11367
Tel: (212) 681-1600
dgraubard@keragraubard.com

*Defendant Pro Se*