UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ANGELOS METAXAS and
PERTSHIRE INVESTMENTS LP,
                Plaintiffs

Case No. 1;25-CV-5844

v.

MARK DAVID GRAUBARD, ESQ. d/b/a
M. DAVID GAUBARD, YESCHIEL SHIMON
"SAM" SPREI, FRANK R. SEDDIO, ESQ. and
JONATHATN RUBIN,
                Defendants

## ANSWER OF DEFENDANT YECHIEL SHIMON SPREI

Defendant Yechjel Shimon Sprei, sued herein as Yeschiel Shimon "Sam" Sprei, hereby states his answer to the Complaint filed by the Plaintiffs:

1     Admits the allegations set forth in Paragraphs 16, 17, 18 19, 21, 26, 36, 128 and 167 of the Complaint.

2.     Denies the allegations set forth in Paragraphs 1, 3, 5, 6,13,28, 29, 34, 53, 56, 58,79, 80, 88, 90, 98, 103, 123 through 125, 129 through 131, 134 through 136, 140 through 143, 149, 150, 153 through 157, 162 through 164, 169, 170, 177, 178 and 182 through 186 of the Complaint.

3.     Denies knowledge or information sufficient to form a belief with respect to the allegations set forth in Paragraphs 9 through 11, 14, 15, 20, 22, 24, 25, 27, 31 through 33, 35, 37 through 39, 45, 49, 52, 59 through 66, 72, 78, 84, 86, 87, 91, 95, 96, 99, 100, 104, 107, 111, 114, 145 through 148, 159 through 161 and 173 through 176 of the Complaint.

4     Neither admits nor denies the allegations set forth in Paragraphs 4, 23, 30, 40- through 44, 46 through 48, 50, 51, 54, 55, 57, 67 through 71, 73 through 77, 81 through 83, 85, 89, 92, 94, 97, 101, 102, 105, 106, 108 through 110, 112, 113, 115 through 122, 127, 133, 138, 152, 166, 168, 171, 179 and 181 of the Complaint, but respectfully refers the Court to the document, rule or statute referred to therein for its exact terms and conditions.

5.     Denies the allegations set forth in Paragraph 2 of the Complaint, except admits that Plaintiff Angelos Metaxas made a deposit with Defendant Graubard

6. Denies the allegations set forth in Paragraph 7 and 8 of the Complaint, except admits that Defendant Seddio commenced the State Court Action and requested a TRO.

7. Denies the allegations set forth in Paragraph 12 of the Complaint, except admits that no deposit has been made.

8. Denies the allegations set forth in Paragraph 93 of the Complaint, except admits the Justice Levine recused herself.

9. Denies the allegations set forth in Paragraph 139 of the Complaint, except admits that Defendant Sprei had knowledge of the Escrow Agreements.

10. Re-alleges the responses contained herein with respect to Paragraphs 126, 132, 137, 144, 151, 158, 165, 172 and 180 of the Complaint.

WHEREFORE, Defendant Yechiel Shion Sprei. respectfully requests that the Complaint herein be dismissed, together with such other and further relief as is just and proper.

Dated: Brooklyn, New York
November 17, 2025

Yechiel s sprei

_____
YECHIEL SHIMON SPREI
4203 13th Avenue, Suite 102
Brooklyn, NY 11219
718-644-7089