UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGELOS METAXAS *et al.*,

                        Plaintiffs,

              -against-

MARK DAVID GRAUBARD, *et al.*,

                        Defendants.
-----------------------------------------------------------X

**ORDER**
25 CV 5844 (AMD) (CLP)

**POLLAK**, United States Magistrate Judge:

      On December 4, 2025, *pro se* defendant Mark David Graubard ("Graubard") and *pro* se defendant Yeschiel Shimon Sprei ("Sprei") each filed a respective motion requesting to adjourn the Initial Conference scheduled for December 22, 2025 and to extend the time to complete Rule 26 disclosures and the Rule 26(f) planning meeting. (ECF No. 20 (Graubard's motion); ECF No. 21 (Sprei's motion)). On December 15, 2025, counsel for plaintiffs Angelos Metaxas and Pertshire Investments LP (collectively, "plaintiffs") filed a report of the Rule 26(f) planning meeting, which occurred on December 5, 2025 and was attended by defendants Graubard, Sprei, and Jonathan Rubin, as well as plaintiffs' counsel. (ECF No. 22). Defendant Frank Seddio, Esq. failed to attend the conference. (Id.)

      On December 19, 2025, defendant Graubard filed a second motion renewing his request for an extension of time to complete his Rule 26 disclosures and for an adjournment of the December 22nd Initial Conference. (ECF No. 23). Graubard claims he needs additional time to secure representation. (Id.) Plaintiffs oppose Graubard's request to adjourn the Initial Conference, citing this as the latest in a long pattern of delay tactics alleged in the Complaint. (ECF No. 25). However, they do not oppose a short extension to the Rule 26 initial disclosures. (Id.)

1

The Court DENIES defendants Graubard's and Sprei's various motions in full. The defendants have had almost two months to find counsel, and the Court has already granted one extension. (ECF No. 18). Therefore, the current Rule 26 deadline remains as it is. The Initial Conference will proceed as scheduled on **December 22, 2025 at 11:45 AM**. Dial-in information remains the same: Please dial 571-353-2301 at 11:45 AM. Enter Meeting ID: 022-788-537. **All defendants must attend.**

For additional information regarding court procedures, defendants may contact the *Pro Se* Office at the United States Courthouse by calling (718) 613-2665. Defendants may also contact the City Bar Justice Center's Federal *Pro Se* Legal Assistance Project at (212) 382-4729 to make an appointment for free, confidential, limited-scope legal assistance at the United States Courthouse.

The Court will mail this Order to the *pro se* defendants who have not consented to electronic notification.

**SO ORDERED.**

Dated: Brooklyn, New York
December 19, 2025

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York