Jonathan Rubin
Defendant Pro Se
111 Clifton Ave # 14
Lakewood NJ 08701
(732) 901 1983

*Rec in pdrive 12/29/25

*** Filed 12:42 PM, 22 Dec 2025 U.S.D.C., Eastern District of New York

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELOS METAXAS and PERTSHIRE INVESTMENTS LP,<br><br>  Plaintiff(s),<br><br>v.<br><br>MARK DAVID GRAUBARD, ESQ. d/b/a M. DAVID GRAUBARD, YESCHIEL SHIMON "SAM" SPREI, FRANK R. SEDDIO, ESQ., AND JOHNATHAN RUBIN<br><br>  Defendants. | Case No. 1:25-cv-5844 |

## INITIAL DISCLOSURES OF DEFENDANT
## JONATHAN RUBIN. PURSUANT TO F.R.CIV.P. 26(a)(1)

Pursuant to F.R.Civ.P. 26(a)(1), Jonathan Rubin, Defendant herein, provides the following initial disclosures to the above-captioned Plaintiffs.

### Reservation of Rights

1. Defendant reserves the right to amend, modify or supplement these Initial Disclosures at any time.

2. Defendant reserves all rights to object to any information provided in or produced as a result of these Initial Disclosures or any other discovery in this matter.

3. Defendant reserves the right to identify and call to testify as witnesses any individuals that may have knowledge or information relative to this matter, whether or not those individuals are identified in the Initial Disclosures.

4.     Defendant reserves its right to object to the production of any document protected from the scope of discovery pursuant to the Federal Rules of Civil Procedure.

5.     Defendant reserves the right to withhold any information protected from revelation by the attorney-client privilege, the attorney work product privilege, or any other applicable privilege.

## Initial Disclosures

**Fed.R.Civ.P.26(a)(1)(A)(i): Name, Address and Telephone Number of Each Individual Likely to Have Discoverable Information Relevant to the Disputed Facts and the Subjects of Such Information.**

M. David Graubard
7118 Main Street
Flushing, NY 11367
(212) 681-1600

Yechiel Shimon Sprei
4203 13h Avenue
Brooklyn, NY 11219
(718) 644-7089

Frank Seddio Esq
9306 Flatlands Ave
Brooklyn, NY 11236
(718) 272-6040

ANGELOS METAXAS
Care of Lauren Zimmerman
Selendy Gay PLLC
1290 6th Ave
New York, NY 10104

**Description by Category and Location of All Relevant Documents, Data Compilations, and Tangible Things in Defendant's Possession, Custody or Control.**

None

**Computation of Damage Claims**

    Not Applicable

**Fed.R.Civ.P.26(a)(1)(A)(iv): Insurance Policies**

    Not Applicable.

**Fed.R.Civ.P.26(a)(2): Expert Testimony**

    Defendant does not expect to call any expert witnesses.

**Fed.R.Civ.P.26(a)(3)(i): Witnesses**

    Yechiel Shimon Simon; M. David Graubard, Frank Seddio Esq, and ANGELOS METAXAS

**Fed.R.Civ.P.26(a)(3)(A)(ii): Witnesses by Deposition**

    Not Applicable.

**Fed.R.Civ.P.26(a)(A)(iii): Documents): Documents Fed.R.Civ.P.26(a)(1)(A)(i): Description by Category and Location of All Relevant Documents, Data Compilations, and Tangible Things in Defendant's Possession, Custody or Control.**

    None

Dated:    Lakewood NJ
           December 22, 2025

                                                  /s/ Jonathan Rubin
                                                  Jonathan Rubin
                                                  111 Clifton Ave # 14
                                                  Lakewood NJ 08701
                                                  732-901-1983