UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ANGELOS METAXAS and PERTSHIRE INVESTMENTS LP,

        Plaintiff(s),

v.

MARK DAVID GRAUBARD, ESQ. d/b/a M. DAVID GRAUBARD, YESCHIEL SHIMON "SAM" SPREI, FRANK P. SEDDIO, ESQ., AND JOHNATHAN RUBIN,

        Defendants.

------------------------------------------------------------------------X

Case No. 1:25-cv-5844

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Randall Tesser of Tesser, Ryan & Rochman, LLP, with offices located at 15 Fisher Lane, Suite 200, White Plains, NY 10603, hereby appears on behalf of Defendant Mark David Graubard, Esq. in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court. all papers in this action should be served upon the undersigned at the address stated below.

Dated:     White Plains, New York
              January 6, 2026

                                          TESSER, RYAN & ROCHMAN, LLP

                                          By:   /s/ *Randall Tesser*
                                                  Randall Tesser
                                                  15 Fisher Lane, Suite 200
                                                  White Plains, NY 10603
                                                  (212) 754-9000
                                                  rtesser@tesserryan.com

                                                  *Attorneys for Defendant*
                                                  *Mark David Graubard*