Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Lauren J. Zimmerman
Partner
212.390.9068
lzimmerman@selendygay.com

December 19, 2025

<u>Via ECF</u>

Magistrate Judge Cheryl L. Pollak
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Metaxas et al. v. Graubard et al.*, No. 25-cv-5844-AMD-CLP

Dear Magistrate Judge Pollack,

    Counsel for Plaintiffs in the above-captioned matter write on behalf of all parties to this action to respectfully request a one-week extension of the deadline to complete the first mediation session, from February 16, 2026, to February 23, 2026, and a corresponding extension of the deadline for Plaintiffs to file a status report, from February 18, 2026, to February 25, 2026.

    The Court's December 22, 2025 scheduling order (ECF No. 28) referred the parties to mediation in parallel with ongoing discovery and directed the parties to select a mediator by January 5, 2026, and submit a status report by February 18, 2026. The mediation instructions issued on December 22, 2025, require the parties to complete mediation by February 16, 2026.

    On January 5, 2026, the parties selected Noah Hanft as their mediator and contacted Mr. Hanft to schedule an initial mediation session. Due to the parties' and mediators' availability, the initial mediation session has been scheduled for February 18, 2026. Accordingly, the parties respectfully request a one week extension of the deadline to complete the first mediation session, from February 16, 2026, to February 23, 2026, and a corresponding extension of the deadline for Plaintiffs to file a status report, from February 18, 2026, to February 25, 2026.

    This is the parties' first request for such relief, and the extension will not affect any other deadlines set forth in the scheduling order.

Respectfully,

*/s/ Lauren J. Zimmerman*

Lauren J. Zimmerman
Partner

Magistrate Judge Cheryl L. Pollak
December 19, 2025

Cc:    All counsel of record via ECF
        All *pro se* Defendants via FedEx