

Gregory J. Ryan ∗
Alexandra Lyras ‡
George Kontogiannis †
Randall Tesser ∗

Jackson Kerr •
Richard Grayson • ℂ
Lewis F. Tesser • ℰ
Irwin Rochman, *Dec'd.*

• *Admitted in NY*
∗ *Admitted in NY, NJ*
† *Admitted in NY, CT*
‡ *Admitted in NY, CT, DC*
ℂ *Of Counsel*
ℰ *Counsel Emeritus*

January 14, 2026

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

*Metaxas et al v. Graubard et al*
*25-cv-05844 (AMD) (CLP)*

Dear Judge Pollak,

     On January 12, 2026, I filed a letter-motion pursuant to the Individual Practices and Rules of Magistrate Judge Cheryl L. Pollak, Rule V(B) requesting permission to file a formal motion to quash or modify a subpoena pursuant to FRCP Rule 45(d)(3)(A)(iii) and FRCP Rule 26(b)(1).

     I respectfully withdraw the aforementioned letter-motion.

Respectfully submitted,


/s/ *Randall Tesser*
Randall Tesser


Cc: All Counsel (via ECF)