Gmail  M. David Graubard <dgraubard@keragraubard.com>

## I am sharing 'CCF_000076.pdf' with you

**Chaskel Frankel** <chaskel1234@gmail.com>  Fri, Dec 6, 2024 at 12:20 PM
To: "M. David Graubard" <dgraubard@keragraubard.com>

You can release the funds to Sam for surf 9
[Quoted text hidden]