Chaskel Frankel
16 Court Street
Suite 2203
Brooklyn, NY 11241
chaskel1234@gmail.com

<u>By Email</u>

December 11, 2024

M. David Graubard, Esq.
7118 Main Street
Flushing, NY 11367

Re: Surf 9, LLC

Dear Mr. Graubard:

      This confirms my prior email instructions to you with regard to the escrow deposits sent to you from various investors originating overseas, including and associated with Javiar Macaya, which so far have totaled $3,250,000; that I have the right and authorization to direct the disposition of those deposits.

      Further, those instructions for disposition shall be in writing, including without limitation, by email.

      Thank you.

Sincerely yours,

*/s/ Chaskel Frankel*

Chaskel Frankel