

Gregory J. Ryan ✶
Alexandra Lyras ‡
George Kontogiannis †
Randall Tesser ✶

Jackson Kerr •
Richard Grayson • ℂ
Lewis F. Tesser • ℰ
Irwin Rochman, *Dec'd.*

• *Admitted in NY*
✶ *Admitted in NY, NJ*
† *Admitted in NY, CT*
‡ *Admitted in NY, CT, DC*
ℂ *Of Counsel*
ℰ *Counsel Emeritus*

February 12, 2026

Magistrate Judge Peggy Cross-Goldenberg
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

*Metaxas et al v. Graubard et al*
*25-cv-05844 (AMD) (PCG)*

Dear Judge Cross-Goldenberg,

    I represent Defendant Mark David Graubard, Esq.

    On February 12, 2026, the Court entered an order directing the Parties to appear on March 24, 2026 for a settlement conference and that "[e]ach party, or someone with settlement authority for each party (other than counsel), must be present at the conference unless prior permission has been granted to participate by telephone."

    I am available to attend the settlement conference on the scheduled date as counsel; however, my client has previously-scheduled travel plans and will be overseas on that date. We respectfully request that Mr. Graubard be granted permission to participate in the settlement conference by telephone.

Respectfully submitted,

/s/ *Randall Tesser*
Randall Tesser

Cc:    All Counsel and Parties (*via* ECF)
        Yeschiel Shimon Sprei (*via* USPS First Class Mail and E-mail)