UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANGELOS METAXAS *et al.*,

        Plaintiff,

      v.

MARK DAVID GRAUBARD *et al.*,

        Defendants.

Case No. 25-cv-5844 (AMD) (PCG)

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 12, 2026, a copy of the Court's February 11, 2026 text-only order was served by electronic mail upon the following *pro se* defendants:

Yeschiel Shimon Sprei
oldenequitiesgroup@gmail.com
*Defendant*

Frank Seddio
seddiolaw@gmail.com
*Defendant*

Jonathan Rubin
rubinJ20@gmail.com
*Defendant*

Dated:     New York, New York
        February 13, 2026

*/s/ Lauren J. Zimmerman*
Lauren J. Zimmerman
Benesch Friedlander Coplan & Aronoff LLP
1155 Avenue of the Americas
New York, NY 10036
(646) 593-7050
Lzimmerman@beneschlaw.com

*Attorney for Plaintiff Angelos Metaxas and*
*Pertshire Investments LP*