

Lauren Zimmerman
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.356.6023
lzimmerman@beneschlaw.com

February 20, 2026

**VIA ELECTRONIC FILING**
Magistrate Judge Peggy Cross-Goldenberg
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

    Re:    *Metaxas et al v. Graubard et al.,* 25-cv-05844 (AMD) (PCG)
              Joint Status Report

Dear Magistrate Judge Cross-Goldenberg:

    We represent Plaintiffs in the above-referenced matter. We write jointly with Defendants Mark David Graubard, Esq., Frank Seddio, Esq., Sam Sprei, and Jonathan Rubin in accordance with the Court's Order dated February 13, 2026, directing the parties to file a joint status report by February 20, 2026 providing three dates that they are available at 2:00 P.M. to appear in person for a settlement conference. After conferring, the parties have agreed that they will each attend in person or through a designee with settlement authority the March 24, 2026 settlement conference at 2:00 P.M. EST, as originally contemplated by the Court's February 11, 2026 Order.

    In addition, Defendant Sprei requested that the following direct quote from him be included in the instant letter: "I have no objections to the date. However, I am requesting that the date be held confidential, as to prevent media notice. The constant running to the media is not helping the possibility of settlement as I have the evidence you do so."

    Thank you for your time and attention to this matter.

                                          Sincerely,

                                          BENESCH, FRIEDLANDER,
                                            COPLAN & ARONOFF LLP

                                          */s/ Lauren Zimmerman*

                                          Lauren Zimmerman

LZ:sr