UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELOS METAXAS and PERTSHIRE INVESTMENTS LP, <br><br> Plaintiff(s), <br><br> v. <br><br> MARK DAVID GRAUBARD, ESQ. d/b/a M. DAVID GRAUBARD, YESCHIEL SHIMON "SAM" SPREI, FRANK R. SEDDIO, ESQ., and JOHNATHAN RUBIN <br><br> Defendants. | Case No. 1:25-cv-05844-AMD-PCG |

## JOINT STATUS REPORT

Pursuant to the Court's February 11, 2026 Minute Order, Plaintiffs Angelos Metaxas and Pertshire Investments LP (collectively, "Plaintiffs"), jointly with Defendant Mark David Graubard, Esq., respectfully submit this joint status report.[1]

**I.  Status of Discovery**

The Court's December 22, 2025 Order (ECF No. 28) directed the parties to serve initial disclosures by January 5, 2026, exchange document requests and interrogatories by January 19, 2026, and serve responses thereto by February 18, 2026.

At the February 11, 2026 status conference, the Court granted Defendant Graubard's motion for leave to amend his answer and file a third-party complaint against Chaskel Frankel, *see* ECF No. 43, at 6-23; Feb. 12, 2026 Minute Entry, which Defendant Graubard filed on February 18, 2026, ECF Nos. 44, 46; ordered that any amendment of pleadings and joinder of new parties

---

[1] As of the time of this filing, Defendants Sam Sprei, Frank Seddio, Esq., and Jonathan Rubin have not responded to Plaintiffs' correspondence regarding the instant report.

be done by February 27, 2026, and that fact discovery as between Plaintiffs and Defendants, absent any request from the *pro se* Defendants, be completed by April 30, 2026, ECF No. 43, at 19:15–20:6; and determined not to set a deadline for dispositive motions at this time, *id.* at 20:7-11.

### A.    Initial Disclosures

Plaintiffs served their initial disclosures on December 19, 2025.

Defendant Graubard served his initial disclosures on December 21, 2025.

Defendant Rubin served his initial disclosures on December 29, 2025.

Defendants Sprei and Seddio have not served initial disclosures.

### B.    Requests for Production and Interrogatories

Plaintiffs served requests for production and interrogatories on each Defendant on January 20, 2026.[2] Defendant Graubard served his responses and objections to Plaintiffs' requests for production and interrogatories and made a document production on February 18, 2026.

Today, February 24, 2026, Defendant Rubin served his responses and objections to Plaintiffs' requests for production and made a document production. To date, Defendant Rubin has not responded to Plaintiffs' interrogatories.

To date, Defendants Sprei and Seddio have not responded to any of Plaintiffs' discovery requests or correspondence regarding the same.

Defendant Graubard served requests for production on Plaintiffs on January 19, 2026. Plaintiffs served responses and objections to Defendant Graubard's initial document requests on February 18, 2026. Plaintiffs also made an initial production of documents on that day. Plaintiffs will continue to produce documents on a rolling basis.

---

[2] Because January 19, 2026, was a federal holiday, Federal Rule of Civil Procedure 6(a)(1)(C) automatically extended the deadline until January 20, 2026.

Defendants Sprei, Rubin, and Seddio did not serve any document requests.

### C. Third-Party Subpoenas

On December 29, 2025, Plaintiffs served a subpoena *duces tecum* on Valley National Bank ("Valley") for bank records relating to accounts held by Defendant Graubard. Valley produced responsive documents on January 9, 2026,[3] which Plaintiffs thereafter made available to Defendant Graubard. Plaintiffs intend to share the records with the remaining Defendants once a confidentiality order is entered.

## II. Confidentiality Order

Plaintiffs and Defendant Graubard have agreed in principle to enter into a confidentiality order and are in the process of negotiating its terms. Until such an order is entered, Plaintiffs and Defendant Graubard have agreed to treat discovery materials designated as confidential as though such an order were in place. Plaintiffs and counsel for Defendant Graubard believe they can resolve any issues regarding the confidentiality order without the Court's intervention.

## III. Depositions

On February 17, 2026, Plaintiffs served deposition notices on Defendants.

To date, Defendants have not served any deposition notices.

\*   \*   \*

The parties appreciate the Court's time and attention on this matter.

---

[3] Defendant Graubard moved to quash Plaintiffs' subpoena to Valley on January 12, 2026, then withdrew that motion on January 14, 2026. *See* ECF Nos. 32, 33.

Dated: February 24, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Lauren Zimmerman* | */s/ Randall Tesser* |
| Lauren J. Zimmerman | Randall Tesser |
| 1155 Avenue of the Americas, Floor 26 | 15 Fisher Lane, Suite 200 |
| New York, NY 10036 | White Plains, NY 10603 |
| Tel: (646) 356-6023 | (212) 754-9000 |
| lzimmerman@beneschlaw.com | rtesser@tesserryan.com |

Jennifer M. Selendy
Babak Ghafarzade
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
jselendy@selendygay.com
bghafarzade@selendygay.com

*Attorneys for Plaintiffs Angelos Metaxas and Pertshire Investments LP*

*Attorney for Defendant Mark David Graubard*