Law Offices of Mordy Gross LLC
418 Broadway # 10612  ●  Albany, NY 12207
484.680.0768  ●  mg@mordygross.com
*Admitted in New York and New Jersey*

March 24, 2026

BY ECF and via email to Cross-Goldenberg_Chambers@nyed.uscourts.gov

Hon. Peggy Cross-Goldenberg
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Metaxas, et al. v. Graubard, et al., No. 1:25-cv-05844-AMD-PCG

Dear Judge Cross-Goldenberg:

I represent defendant Jonathan Rubin in the above-referenced matter. As I have just been engaged by Mr. Rubin, I respectfully ask that I, and Mr. Rubin, be allowed to participate in todays settlement conference telephonically.  Mr. Rubin's authorized representative, other than counsel, will also be present live in Court if Mr. Rubis is not allowed to appear telephonically.

We appreciate the Court's consideration of this matter.

Respectfully submitted,


/s/ Mordy Gross
Mordy Gross, Esq.
Law Offices of Mordy Gross, LLC
418 Broadway # 10612
Albany, NY 12207
(484) 680-0768
mg@mordygross.com