## Law Offices of Mordy Gross LLC
418 Broadway # 10612  ●  Albany, NY 12207
484.680.0768  ●  mg@mordygross.com
*Admitted in New York and New Jersey*

March 24, 2026

BY ECF and via email to Cross-Goldenberg_Chambers@nyed.uscourts.gov

Hon. Peggy Cross-Goldenberg
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Metaxas, et al. v. Graubard, et al., No. 1:25-cv-05844-AMD-PCG

Dear Judge Cross-Goldenberg:
This letter is submitted in response to the Court's Order entered at 12:00 p.m. on March 24, 2026.

As the Court is aware, I was recently retained and entered my appearance today. I have been conferring with my client to become fully familiar with the record. Until this morning—shortly before filing my prior request—I did not understand that the settlement conference required an in-person appearance by counsel.

I've been diligently working the entire morning with my client to respond to Plaintiff's outstanding discovery demands.  I will note that Plaintiffs do not seem to have extended the same courtesy to my client, demanding his compliance with timelines strictly, yet finding every excuse to avoid reciprocity on their part.

While I respect the Court's directive, due to my current client commitment at an off-site location in New Jersey, I am unlikely to arrive at the Court by 2:00 p.m. Accordingly, I respectfully request leave to appear telephonically at the settlement conference.

Mr. Rubin will have an authorized representative appear in person, consistent with the Court's February 11, 2026 Order stating that "Each party, or someone with settlement authority for each party (other than counsel), must be present at the conference unless prior permission has been granted to participate by telephone."

Respectfully submitted,

/s/ Mordy Gross
Mordy Gross, Esq.
Law Offices of Mordy Gross, LLC
418 Broadway # 10612
Albany, NY 12207
(484) 680-0768
mg@mordygross.com