# Exhibit 3

# RE: Assignment of funds

---

**From:** <rubinj20@gmail.com>                                        Wed, Dec 11, 2024 at 1:59 PM EST (GMT-05:00)
To: 'M. David Graubard' <dgraubard@keragraubard.com>
Cc: 'Sam Sam' <oldenequitiesgroup@gmail.com>

---

Great heading to do wire to Shimmynow

**From:** M. David Graubard <dgraubard@keragraubard.com>
**Sent:** Wednesday, December 11, 2024 1:58 PM
**To:** JRubin <rubinj20@gmail.com>
**Cc:** Sam Sam <oldenequitiesgroup@gmail.com>
**Subject:** Re: Assignment of funds

Okbcan wire  250 to
Orrow if cobfirmed yar 250 is being giben tiday

On Wed, Dec 11, 2024, 1:39 PM <rubinj20@gmail.com> wrote:

> He didn't. Not that the money is assigned to me, and not that he can wire tomorrow.
>
> Call me.
>
> **From:** Sam Sam <oldenequitiesgroup@gmail.com>
> **Sent:** Wednesday, December 11, 2024 1:37 PM
> **To:** rubinj20@gmail.com
> **Cc:** M. David Graubard <dgraubard@keragraubard.com>
> **Subject:** Re: Assignment of funds
>
> He did
>
> On Wed, Dec 11, 2024 at 1:37 PM <rubinj20@gmail.com> wrote:
>
>> Plese confirm below!
>>
>> **From:** M. David Graubard <dgraubard@keragraubard.com>
>> **Sent:** Wednesday, December 11, 2024 1:25 PM
>> **To:** JRubin <rubinj20@gmail.com>
>> **Cc:** Sam Sam <oldenequitiesgroup@gmail.com>
>> **Subject:** Re: Assignment of funds
>>
>> On Surf 9 I have $250K available.
>>
>> On Wed, Dec 11, 2024, 1:17 PM <rubinj20@gmail.com> wrote:
>>
>>> Need David to confirm (sent to wrong person before)
>>>
>>> **From:** Sam Sam <oldenequitiesgroup@gmail.com>
>>> **Sent:** Wednesday, December 11, 2024 1:16 PM
>>> **To:** rubinj20@gmail.com
>>> **Cc:** David Rothenberg <damoro0@gmail.com>
>>> **Subject:** Re: Assignment of funds
>>>
>>> Yes, confirmed.

202

On Wed, Dec 11, 2024 at 1:12 PM <rubinj20@gmail.com> wrote:

To confirm, you have $250,000 which is 1) irrevocably assigned to me, and 2) you can wire tomorrow AM.

Please confirm

Virus-free.www.avg.com

203

Case 1:25-cv-05844-AMD-PCG    Document 76-3    Filed 04/08/26    Page 4 of 4 PageID #: 562

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Account Number:** | XXXXXX1102 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 2 of 5 |

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | 202412120021567 536 HOLDINGS LLC  L ESTATE PURCHASE | | | |
| 12/12 | WIRE OUT 202412120022033 QUEENS EQUITIES LL C TATE PURCHASE | -$250,000.00 | | $154,355.82 |
| 12/12 | WIRE FEE 202412120021567 536 HOLDINGS LLC  L ESTATE PURCHASE | -$50.00 | | $154,305.82 |
| 12/12 | WIRE FEE 202412120022033 QUEENS EQUITIES LL C TATE PURCHASE | -$50.00 | | $154,255.82 |
| 12/16 | CHECK  1016 | -$25,000.00 | | $129,255.82 |
| 12/19 | CHECK  1018 | -$1,000.00 | | $128,255.82 |
| 12/24 | PHONE/INTERNET TRNFR ████████████████ | | $1,000.00 | $129,255.82 |
| 12/24 | CHECK  1019 | -$500.00 | | $128,755.82 |
| 12/30 | TRANSFER CREDIT TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX1002 | | $31,401.39 | $160,157.21 |
| 12/30 | WIRE OUT 202412300015383 ████████████ | -$31,401.39 | | $128,755.82 |
| 12/30 | CHECK  1008 | -$84,000.00 | | $44,755.82 |
| 12/31 | INTEREST CREDIT | | $634.03 | $45,389.85 |
| 12/31 | INTEREST TRANSFER TO ACCOUNT NO XXXXXX2701 | -$634.03 | | $44,755.82 |

**Ending Balance**          **$44,755.82**

## CHECKS IN ORDER

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 12/30 | 1008 | $84,000.00 | 12/16 | 1016 | $25,000.00 |
| 12/05 | 1011* | $15,750.00 | 12/19 | 1018* | $1,000.00 |
| 12/09 | 1012 | $13,680.00 | 12/24 | 1019 | $500.00 |
| 12/09 | 1015* | $350,000.00 | | | |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.

## INTEREST RATE CALCULATIONS

| | | | |
|---|---|---|---|
| Avg. Stmt. Collected Balance | $261,732.00 | Annual % Yield Earned | 2.90% |
| Year-to-Date Interest Paid | $1,038.95 | Interest Paid | $634.03 |



422 1021603 0002-0005 M0656DDA010125101346 09  L  346993