# Exhibit 1

Case 1:25-cv-05844-AMD-PCG    Document 77-1    Filed 04/08/26    Page 1 of 2 PageID #: 595

**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Account Number:** | XXXXXX1102 |
| **Statement Date:** | 05/31/2025 |
| **Page :** | 2 of 6 |

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|------|-------------|---------------------------|--------------------------|---------|
| 05/05 | TRANSFER CREDIT | | $400,000.00 | $1,258,124.11 |
| 05/05 | WIRE OUT 202505050012137 CPE MEMBER LLC MCGUINESS | -$340,000.00 | | $918,124.11 |
| 05/05 | WIRE OUT 202505050024943 CPE MEMBER LLC MCGUINESS | -$330,000.00 | | $588,124.11 |
| 05/05 | WIRE OUT ▇▇▇▇▇▇▇ | -$70,000.00 | | $518,124.11 |
| 05/05 | CHECK  1036 | -$2,500.00 | | $515,624.11 |
| 05/05 | CHECK  1038 | -$11,312.76 | | $504,311.35 |
| 05/06 | TRANSFER CREDIT TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX1104 | | $500,000.00 | $1,004,311.35 |
| 05/06 | PHONE/INTERNET TRNFR ▇▇▇▇ FUNDS TRANSFER FRM DEP XXXXXX1002 FROM TO COVER WIRE FOR OLDEN | | $25,000.00 | $1,029,311.35 |
| 05/06 | DEPOSIT | | $400,000.00 | $1,429,311.35 |
| 05/06 | WIRE OUT ▇▇▇▇ 4373 BLUEVINE, INC.  FOR OLDEN GROUP LL C | -$650,000.00 | | $779,311.35 |
| 05/06 | WIRE OUT ▇▇▇▇▇ | -$55,000.00 | | $724,311.35 |
| 05/06 | WIRE OUT ▇▇▇▇▇ | -$10,500.00 | | $713,811.35 |
| 05/06 | PHONE/INTERNET TRNFR ▇▇▇▇▇ | -$95,000.00 | | $618,811.35 |
| 05/07 | DEPOSIT | | $400,000.00 | $1,018,811.35 |
| 05/07 | WIRE OUT 202505070019707 CPE MEMBER LLC MCGUINESS | -$260,000.00 | | $758,811.35 |
| 05/07 | WIRE OUT 202505070020266 SEDDIO  ASSOCIATES , P.C | -$12,500.00 | | $746,311.35 |
| 05/07 | WIRE OUT ▇▇▇ 1000 ▇▇▇ | -$10,000.00 | | $736,311.35 |
| 05/07 | ▇▇▇▇ OLDEN WIRE | -$25,000.00 | | $711,311.35 |
| 05/08 | TRANSFER CREDIT TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX1104 | | $925,000.00 | $1,636,311.35 |
| 05/08 | PHONE/INTERNET TRNFR ▇▇▇▇▇ | | $220,000.00 | $1,856,311.35 |




