# Exhibit 2



**America's Most Convenient Bank®**

QUEEN EQUITIES LLC

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Page: | 8 of 26 |
| Statement Period: | Dec 01 2024-Dec 31 2024 |
| Cust Ref #: | ████████████ |
| Primary Account #: | ████████ 6734 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/26 | TDBANK BILL PAY CHECK, BAIS MEDRASH L'TORAH CHECK# ██ 395 | 300.00 |
| 12/27 | ELECTRONIC PMT-WEB, ████████████ | 294.57 |
| 12/30 | eTransfer Debit, Online Xfer Transfer to CK ████ 2627 | 8,000.00 |
| 12/30 | TDBANK BILL PAY CHECK, ████████ CHECK# ██ 424 | 1,000.00 |
| 12/30 | TDBANK BILL PAY CHECK, ████████ CHECK# ██ 376 | 650.00 |
| 12/30 | TDBANK BILL PAY CHECK, ████████ CHECK# ██ 449 | 475.00 |
| 12/30 | TDBANK BILL PAY CHECK, ████████ CHECK# ██ 432 | 130.00 |
| 12/30 | TDBANK BILL PAY CHECK, ████████ CHECK# ██ 446 | 100.00 |
| 12/31 | TDBANK BILL PAY CHECK, RATE CHECK# ██ 450 | 2,375.00 |
| 12/31 | ████████████████ | 1,050.00 |
| 12/31 | ████████████████ | 750.00 |
| 12/31 | ████████████████ | 150.50 |
| | Subtotal: | 478,910.98 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | WIRE TRANSFER FEE | 15.00 |
| 12/03 | WIRE TRANSFER FEE | 15.00 |
| 12/03 | WIRE TRANSFER FEE | 15.00 |
| 12/05 | WIRE TRANSFER OUTGOING, ████ | 5,000.00 |
| 12/05 | WIRE TRANSFER OUTGOING, ██████ | 970.00 |
| 12/05 | WIRE TRANSFER FEE | 30.00 |
| 12/05 | WIRE TRANSFER FEE | 30.00 |
| 12/06 | WIRE TRANSFER OUTGOING, █████ | 70,000.00 |
| 12/06 | WIRE TRANSFER OUTGOING, █████ | 15,000.00 |
| 12/06 | WIRE TRANSFER OUTGOING, ████ | 9,500.00 |
| 12/06 | WIRE TRANSFER OUTGOING, Seddio and Associates | 2,500.00 |
| 12/06 | WIRE TRANSFER OUTGOING, █████ | 2,500.00 |
| 12/06 | WIRE TRANSFER FEE | 30.00 |
| 12/06 | WIRE TRANSFER FEE | 30.00 |
| 12/06 | WIRE TRANSFER FEE | 30.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

QUEEN EQUITIES LLC

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Page: | 9 of 26 |
| Statement Period: | Dec 01 2024-Dec 31 2024 |
| Cust Ref #: | |
| Primary Account #: | 6734 |

---

**DAILY ACCOUNT ACTIVITY**

**Other Withdrawals (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/06 | WIRE TRANSFER FEE | 30.00 |
| 12/09 | WIRE TRANSFER OUTGOING, | 65,000.00 |
| 12/09 | WIRE TRANSFER OUTGOING, | 12,000.00 |
| 12/09 | WIRE TRANSFER OUTGOING, | 5,000.00 |
| 12/09 | WIRE TRANSFER OUTGOING, | 2,600.00 |
| 12/09 | WIRE TRANSFER FEE | 30.00 |
| 12/09 | WIRE TRANSFER FEE | 30.00 |
| 12/09 | WIRE TRANSFER FEE | 30.00 |
| 12/09 | WIRE TRANSFER FEE | 30.00 |
| 12/11 | WIRE TRANSFER OUTGOING, | 252,000.00 |
| 12/11 | WIRE TRANSFER OUTGOING, | 28,000.00 |
| 12/11 | WIRE TRANSFER FEE | 30.00 |
| 12/11 | WIRE TRANSFER FEE | 30.00 |
| 12/11 | WIRE TRANSFER FEE | 15.00 |
| 12/12 | WIRE TRANSFER OUTGOING, | 5,000.00 |
| 12/12 | DEP RETURN CHARGEBACK | 1,500.00 |
| 12/12 | DEP RETURN FEE | 20.00 |
| 12/12 | WIRE TRANSFER FEE | 30.00 |
| 12/12 | WIRE TRANSFER FEE | 15.00 |
| 12/13 | WIRE TRANSFER OUTGOING, | 65,000.00 |
| 12/13 | WIRE TRANSFER OUTGOING, | 35,000.00 |
| 12/13 | WIRE TRANSFER OUTGOING, | 27,876.53 |
| 12/13 | WIRE TRANSFER OUTGOING, | 25,000.00 |
| 12/13 | WIRE TRANSFER OUTGOING, | 15,000.00 |
| 12/13 | WIRE TRANSFER OUTGOING, | 11,120.00 |
| 12/13 | WIRE TRANSFER OUTGOING, | 10,000.00 |
| 12/13 | WIRE TRANSFER OUTGOING, | 7,850.00 |
| 12/13 | WIRE TRANSFER OUTGOING, | 7,600.00 |
| 12/13 | WIRE TRANSFER OUTGOING, | 7,000.00 |
| 12/13 | WIRE TRANSFER OUTGOING, | 6,500.00 |
| 12/13 | WIRE TRANSFER OUTGOING, Seddio and Associates | 5,000.00 |
| 12/13 | WIRE TRANSFER FEE | 30.00 |
| 12/13 | WIRE TRANSFER FEE | 30.00 |
| 12/13 | WIRE TRANSFER FEE | 30.00 |
| 12/13 | WIRE TRANSFER FEE | 30.00 |
| 12/13 | WIRE TRANSFER FEE | 30.00 |
| 12/13 | WIRE TRANSFER FEE | 30.00 |
| 12/13 | WIRE TRANSFER FEE | 30.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

QUEEN EQUITIES LLC

| | |
|---|---|
| Page: | 10 of 26 |
| Statement Period: | Dec 01 2024-Dec 31 2024 |
| Cust Ref #: | ████████████ |
| Primary Account #: | ████████ 6734 |

---

### DAILY ACCOUNT ACTIVITY

**Other Withdrawals (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/13 | WIRE TRANSFER FEE | 30.00 |
| 12/13 | WIRE TRANSFER FEE | 30.00 |
| 12/13 | WIRE TRANSFER FEE | 30.00 |
| 12/13 | WIRE TRANSFER FEE | 30.00 |
| 12/16 | WIRE TRANSFER OUTGOING, ███████████████ | 595,000.00 |
| 12/16 | WIRE TRANSFER OUTGOING, ██████████ | 1,960.00 |
| 12/16 | WIRE TRANSFER FEE | 30.00 |
| 12/16 | WIRE TRANSFER FEE | 30.00 |
| 12/16 | WIRE TRANSFER FEE | 15.00 |
| 12/17 | WIRE TRANSFER OUTGOING, ████████████ | 35,000.20 |
| 12/17 | WIRE TRANSFER OUTGOING, ███████ | 26,000.00 |
| 12/17 | WIRE TRANSFER FEE | 30.00 |
| 12/17 | WIRE TRANSFER FEE | 15.00 |
| 12/17 | WIRE TRANSFER FEE | 15.00 |
| 12/18 | WIRE TRANSFER OUTGOING, █████████ | 50,000.00 |
| 12/18 | WIRE TRANSFER FEE | 30.00 |
| 12/19 | WIRE TRANSFER FEE | 15.00 |
| 12/20 | WIRE TRANSFER OUTGOING, ████ | 35,000.00 |
| 12/20 | WIRE TRANSFER OUTGOING, █████ | 25,000.00 |
| 12/20 | WIRE TRANSFER FEE | 30.00 |
| 12/20 | WIRE TRANSFER FEE | 30.00 |
| 12/24 | WIRE TRANSFER OUTGOING, █████████ | 39,200.00 |
| 12/24 | WIRE TRANSFER FEE | 30.00 |
| 12/24 | WIRE TRANSFER FEE | 15.00 |
| 12/26 | WIRE TRANSFER OUTGOING, █████ | 50,000.00 |
| 12/26 | WIRE TRANSFER OUTGOING, ███████ | 10,000.00 |
| 12/26 | WIRE TRANSFER FEE | 30.00 |
| 12/26 | WIRE TRANSFER FEE | 30.00 |
| 12/26 | OVERDRAFT PD | 35.00 |
| 12/30 | WIRE TRANSFER FEE | 15.00 |
| 12/31 | WIRE TRANSFER OUTGOING, █████ | 10,000.00 |
| 12/31 | WIRE TRANSFER OUTGOING, Seddio and Associates | 5,000.00 |
| 12/31 | WIRE TRANSFER OUTGOING, ██████ | 5,000.00 |
| 12/31 | WIRE TRANSFER OUTGOING, █████████ | 1,000.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

QUEEN EQUITIES LLC

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Page: | 10 of 22 |
| Statement Period: | Jan 01 2025-Jan 31 2025 |
| Cust Ref #: | |
| Primary Account #: | 6734 |

---

## DAILY ACCOUNT ACTIVITY

### Other Withdrawals (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/24 | WIRE TRANSFER OUTGOING, ██████████ | 10,000.00 |
| 01/24 | WIRE TRANSFER FEE | 30.00 |
| 01/24 | WIRE TRANSFER FEE | 30.00 |
| 01/24 | WIRE TRANSFER FEE | 30.00 |
| 01/24 | WIRE TRANSFER FEE | 15.00 |
| 01/24 | WIRE TRANSFER FEE | 15.00 |
| 01/27 | WIRE TRANSFER OUTGOING, ████████████ | 392,000.00 |
| 01/27 | WIRE TRANSFER FEE | 30.00 |
| 01/27 | WIRE TRANSFER FEE | 15.00 |
| 01/28 | WIRE TRANSFER OUTGOING, ██████ | 635,000.00 |
| 01/28 | WIRE TRANSFER OUTGOING, M. DAVID GRAUBARD, ESQ. | 550,000.00 |
| 01/28 | WIRE TRANSFER OUTGOING, Seddio and Associates | 5,000.00 |
| 01/28 | WIRE TRANSFER OUTGOING, ████████ | 5,000.00 |
| 01/28 | WIRE TRANSFER FEE | 30.00 |
| 01/28 | WIRE TRANSFER FEE | 30.00 |
| 01/28 | WIRE TRANSFER FEE | 30.00 |
| 01/29 | WIRE TRANSFER OUTGOING, █████ | 35,000.00 |
| 01/29 | WIRE TRANSFER OUTGOING, ██████ | 4,800.00 |
| 01/29 | WIRE TRANSFER FEE | 30.00 |
| 01/29 | WIRE TRANSFER FEE | 30.00 |
| 01/29 | WIRE TRANSFER FEE | 15.00 |
| 01/31 | WIRE TRANSFER FEE | 15.00 |
| 01/31 | WIRE TRANSFER FEE | 15.00 |
| | Subtotal: | 6,444,456.10 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 123,401.64 | 01/16 | 83,444.52 |
| 01/02 | 446,793.12 | 01/17 | 24,049.72 |
| 01/03 | 100,813.12 | 01/21 | 34,600.74 |
| 01/06 | 629,658.17 | 01/22 | 34,700.74 |
| 01/07 | 120,468.18 | 01/23 | 119,820.74 |
| 01/08 | 115,718.18 | 01/24 | 1,100,946.65 |
| 01/09 | 189,373.18 | 01/27 | 1,265,790.42 |
| 01/10 | 43,276.52 | 01/28 | 123,878.42 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender