# Exhibit 3

## Re: Mark David Graubard Accounts

---

**From: M. David Graubard <dgraubard@keragraubard.com>**  Sat, Mar 8, 2025 at 3:44 PM EST (GMT-05:00)
To: Hillaire, Debra <DHillaire@valley.com>
Cc: Duchonovic, Erika <EDuchonovic@valley.com>; Yiu, Mike <MYiu@valley.com>

---

Debra-

We (my wife and I) are now in Israel for our granddaughter's wedding and are scheduled to return on March 18, 2025,  Therefore, I will answer your questions to the extent they do not  need  my files for  responses,  Those that need reference ro my files will have to wait until we return home.

**ND#xxxxxx1102 [Mark David Graubard]**

1.   The instances in which there were incoming wires followed by an outgoing wire for the same  or similar amount were cases in which my client's business associate sent money to my account for  investment in a particular project and the corresponding wire out to complete that investment.

2.   The three cases involving Maamari Reda, Toufik Gargour and Phillipe El-Khoury were for the same investment  project under an agreement by which the investor had a right to receive his investment back based on the terms of the agreement.  .  These three investors exercised that option. so their  investments were returned to them.

3. Queen Equities LLC is a business associate of one of my clients,  They are and have been involved in many various business investments for  many years, so that  payments back and forth between them  can overlap projects.
Therefore, the  wires and checks concerning Queen Equities LLC that you cited  involve different projects without a relationship to each other.

4.

*M. David Graubard, Esq.*
7118 Main Street
Flushing, NY 11367-2015
Office: (212) 681-1600
Facsimile: (646) 690-7686
Cellphone: (646) 245-3978
E-mail: dgraubard@keragraubard.com
www.KeraGraubard.com

On Fri, Mar 7, 2025 at 2:49 PM Hillaire, Debra <DHillaire@valley.com> wrote:

> Good afternoon David,
>
> Hope all is well. We are currently reviewing your accounts. Please provide responses to the below questions. If you could have the responses by next week, it would be much appreciated. Please let me know if you have any questions. Thank

you very much.

**<u>ND#xxxxxx1102 [Mark David Graubard]</u>**

1. There were multiple instances identified where an incoming wire transfer would come into the account, and then either on the same day or the next day, an outgoing wire transfer would be sent out for the same amount of the initial incoming wire transfer (or for a similar amount). Please provide an explanation for this pattern of activity.

2. There were several instances identified where an incoming wire transfer would come into the account and then subsequently was sent back to the originator via outgoing wire transfer either for the same amount of the initial incoming wire transfer or for a similar amount. For each item below, please provide the nature and purpose of the wires, why the incoming wire was subsequently sent back to the originator and supporting documentation relating to the wire.

   - On 12/6/24, there was an incoming wire transfer in the amount of $1,000,000 from originator, MAAMARI REDA. On 1/22/25 and 1/27/25, outgoing wire transfers totaling $1,000,000 were sent back to MAAMARI REDA.
   - On 12/12/24, there was an incoming wire transfer in the amount of $250,000 from originator, TOUFIK GARGOUR A/O MS LIDYA BAZ. On 1/9/25, an outgoing wire transfer totaling $250,000 was sent back to TOUFIK GARGOUR A/O LIDYA BAZ.
   - On 12/6/24, there was an incoming wire transfer in the amount of $250,000 from originator, PHILIPPE ELIAS FARID EL-KHOURY. On 1/27/25, an outgoing wire transfer totaling $250,000 was sent back to PHILIPPE ELIAS FARID EL-KHOURY.

3. There was a check payment totaling $350,000 payable to Queen Entities LLC on 12/9/24. There was an outgoing wire transfer on 12/12/24 totaling $250,000 to QUEENS EQUITIES LLC. On 1/28/25 there was an incoming wire transfer totaling $550,000 from QUEENS EQUITIES LLC. Please provide the nature and purpose of this activity and supporting documentation. Why were funds sent out to this entity and then funds wired back?

4. There were outgoing wire transfers to ███████████████ on 1/27/25, 1/28/25, and 1/30/25. Please provide the nature and purpose of these wires and supporting documentation.

5. The incoming wire transfer on 1/21/25 from ███████████████ was previously inquired about. Please provide supporting documentation for this wire.

6. There was a cashier's check deposit on 11/14/24 in the amount of $313,415.58. Please provide the nature and purpose of this deposit and applicable supporting documentation.