# Exhibit 4

# Chase

**From: M. David Graubard <dgraubard@keragraubard.com>**     Tue, Dec 23, 2025 at 4:57 PM EST (GMT-05:00)
To: edward king <kingesq11@gmail.com>; Edward King <kingesq1@gmail.com>; Sam Sam <oldenequitiesgroup@gmail.com>

Ed--

You have not responded to my several requests for information on the blocked bank accounts.

This is **crucial** for the transfer of escrow funds that we both signed and the funds for Sam that are needed to help settle a very serious case.

i told you about my problems with Chase in my December 1st email so I am fully cognizant of the turmoil they are putting you through

Attached is the letter you wrote to me datedNovember 10, 2025, so I am still  holding that check for $2,000,000. (copy also attached)

Where do you stand with Chase so I can  know about use of that check??

Thanks and  he best  for the holidays.

*M. David Graubard, Esq.*
7118 Main Street
Flushing, NY 11367-2015
Office: (212) 681-1600
Facsimile: (646) 690-7686
Cellphone: (646) 245-3978
E-mail: dgraubard@keragraubard.com
www.KeraGraubard.com

## Attachments

- OLden Kng letter & chase check.pdf

GRAUBARD_03596

# Edward Harold King
338 Atlantic Avenue-Suite 203
Brooklyn, New York 11201

November 10 , 2025

M. David Graubard, Esq.
7118 Main Street
Flushing, NY 11367

Re: Chase Escrow Account

Dear David:

This confirms that I am holding the sum of $4,500.000 in my IOLA account with JPMorgan Chase Bank, N.A. ("Chase") for our mutual client. He has instructed me to send you all of those funds to your escrow account.

Unfortunately, Chase has restricted my several accounts and I am working very, very hard to get them unblocked. You can imagine the turmoil in my office due to this situation. Attached is a copy of the October, 2025 IOLA bank statement that shows a balance of $31,696,322. This confirms that $4,5000,000 of those funds belong to our mutual client But for the block by Chase, I could and would send the entire $4,500.000 to your escrow account.

After a lot of hard work over the last few days, Chase has agreed to release the accounts if they get certain documents (mostly releases) from me and my clients who have money deposited in my IOLA account absolving Chase of any liability in connection with the blocked IOLA account. That could take time; I just do not know how long it will take—hopefully not more than two weeks.

In view of the need of our mutual client, Chase has agreed to issue a bank check for $2,000,000 payable to your IOLA account during this period of time in procuring the release documents so that once my accounts are unblocked, you can deposit that bank check right away without any further delay. You must hold that check in escrow until authorized by Chase to deposit which will coincide with the unblocking of my accounts.

Thank you.

Sincerely yours,

GRAUBARD_03597



GRAUBARD_03598