UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANGELOS METAXAS, *et al.*,

                    *Plaintiffs*,

   v.

MARK DAVID GRAUBARD, *et al.*,

                   *Defendants*.

Case No. 25-cv-5844 (AMD) (PCG)

**<u>NOTICE OF MOTION</u>**

---

PLEASE TAKE NOTICE that upon this Motion to Withdraw as Counsel of Record for defendant Frank Seddio, pursuant to Local Rule 1.4 of this District, as well as the accompanying Declaration of Kenneth M. Abell and Jarrod L. Schaeffer in Support of this Motion, counsel respectfully requests that the Court grant their request to withdraw as counsel for defendant Frank Seddio; grant Mr. Seddio thirty (30) days in which to retain new counsel; and afford such other relief as the Court may determine to be just, equitable and necessary.

Dated: New York, New York
     April 23, 2026

                             ABELL ESKEW LANDAU LLP

                By:     *Kenneth M. Abell*
                          Kenneth M. Abell
                          Jarrod L. Schaeffer
                          256 5th Avenue, 5th Floor
                          New York, New York
                          Tel. (646) 970-7341
                          kabell@aellaw.com
                          jschaeffer@aellaw.com

                          *Attorneys for Frank Seddio*

1