**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ANGELOS METAXAS, *et al.*,

             Plaintiffs,

    v.

MARK DAVID GRAUBARD, *et al.*,

             Defendants.

Case No.: 25-cv-5844 (AMD) (PCG)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of David A. Shargel, dated April 24, 2026, Bracewell LLP, David A. Shargel, and Nicole Boeckmann respectfully request that the Court grant their motion pursuant to Local Rule 1.4 to withdraw as counsel of record for defendant Yeschiel Shimon "Sam" Sprei, grant Mr. Sprei 30 days to retain new counsel, and grant such other relief as the Court deems just and proper.

Dated: New York, New York
      April 24, 2026

                BRACEWELL LLP

                */s/ David A. Shargel*
                David A. Shargel
                Nicole Boeckmann
                31 W. 52nd Street, Suite 1900
                New York, NY 10019
                (212) 508-6100
                david.shargel@bracewell.com
                nicole.boeckmann@bracewell.com

                *Attorneys for Yeschiel Shimon "Sam" Sprei*

To:

Counsel of Record (via ECF)