# BRACEWELL

April 27, 2026

**BY ECF**

Hon. Peggy Cross-Goldenberg
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:      *Metaxas, et al. v. Graubard, et al.*, No. 1:25-cv-05844-AMD-PCG

Dear Judge Cross-Goldenberg:

Subject to our pending motion to withdraw as counsel (Dkt. 83) we represent defendant Yeschiel Shimon "Sam" Sprei in the above-referenced matter. We write briefly in response to plaintiffs' letter, dated April 27, 2026 (Dkt. 84), requesting an emergency discovery conference.

While we appreciate plaintiffs' concerns regarding the discovery schedule, we note that this case was filed only slightly more than six months ago and has continued to progress at a tempo consistent with other civil litigation in the district. We further note that the request in the withdrawal motion for Mr. Sprei to be afforded 30 days to hire new counsel, while effectively extending Mr. Sprei's deadline for substantial completion of production of documents, is otherwise not inconsistent with the existing schedule. That schedule provides a May 29, 2026 deadline for the completion of document productions where the request was served on or after April 1, 2026—a date that remains a month before the June 30, 2026 close of fact discovery. *See* Dkt. 72 (so-ordered status report).

If requested by the Court we remain prepared to provide, on an *in camera* basis, additional information about why we are unable to continue representing Mr. Sprei.

We appreciate the Court's consideration of this matter.

**David A. Shargel**
Partner

T: +1.212.508.6154        F: 800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-0019
david.shargel@bracewell.com        bracewell.com

AUSTIN  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  PARIS  SAN ANTONIO  SEATTLE  WASHINGTON, DC

BRACEWELL

Hon. Peggy Cross-Goldenberg
April 27, 2026
Page 2

Respectfully submitted,

/s/ David Shargel

David A. Shargel

cc: Counsel of Record (via ECF)