# Re: Olden Appearance Bond

**From: M. David Graubard <dgraubard@keragraubard.com>**    Mon, Nov 3, 2025 at 12:40 PM EST (GMT-05:00)
To: Neil Pedersen <neil@courtbondnow.com>

<u>**PRIVILEGED AND CONFIDENTIAL**</u>

Neil--

    We spoke a number of years ago when I asked you if the Offenhartz in your office was related to people who had a bungalow colony in White Lake many, many years ago.

    On to the present time"
        Attached in Confidence is my wife and my  joint 2024 tax return.

    Thank you

*M. David Graubard, Esq.*

7118 Main Street
Flushing, NY 11367-2015
Office: (212) 681-1600
Facsimile: (646) 690-7686
Cellphone: (646) 245-3978
E-mail: dgraubard@keragraubard.com
www.KeraGraubard.com

# Attachments

- GRAUBARD, M. DAVID & ROCHELLE - 2024 TAX RETURNS CLNT.pdf