# TESSER | RYAN

## TESSER, RYAN & ROCHMAN LLP

Gregory J. Ryan ∗
Alexandra Lyras ‡
George Kontogiannis †
Randall Tesser ∗

Jackson Kerr •
Richard Grayson • ℂ
Lewis F. Tesser • ℰ
Irwin Rochman, *Dec'd.*

• *Admitted in NY*
∗ *Admitted in NY, NJ*
† *Admitted in NY, CT*
‡ *Admitted in NY, CT, DC*
ℂ *Of Counsel*
ℰ *Counsel Emeritus*

May 18, 2026

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

*Metaxas et al v. Graubard et al*
25-cv-05844 (AMD) (PCG)

Dear Judge Donnelly,

This letter is submitted pursuant to the Court's May 11, 2026 Order directing the defendants to file letters indicating whether they anticipate filing motions for judgment on the pleadings.

Defendant Graubard does not anticipate filing a motion for judgment on the pleadings.

Respectfully submitted,

TESSER, RYAN & ROCHMAN, LLP

/s/ *Randall Tesser*
Randall Tesser

*Attorneys for Defendant Mark David Graubard*

Cc: All Counsel and Parties (via ECF)

15 FISHER LANE    |    WHITE PLAINS, NY  10603    |    212-754-9000 TEL    |    914-984-5356 FAX    |    WWW.TESSERRYAN.COM