**Vincent Miletti, Esq.**
**MILETTI LAW, P.C.**
153 West End Avenue, Suite 2A, Brooklyn, New York 11235
609-353-6287 (P)  609-554-7927 (F)  VMiletti@Milettilaw.com (E)
*NY Bar 5194014    NJ Bar 078322013*

May 18, 2026

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

*Re: Metaxas et al. v. Graubard et al.*
*Case No. 25-cv-05844 (AMD) (PCG)*

Dear Judge Donnelly:

Pursuant to the Court's May 11, 2026 Order regarding anticipated motions, Defendant Frank R. Seddio respectfully submits that he intends to seek judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
Vincent Miletti, Esq.
*Attorney for Defendant Frank R. Seddio.*

Cc: All Counsel and Parties (via ECF)