Vincent Miletti, Esq.
**MILETTI LAW, P.C.**
153 West End Avenue, Suite 2A, Brooklyn, New York 11235
609-353-6287 (P)   609-554-7927 (F)  VMiletti@Milettilaw.com (E)
*NY Bar 5194014   NJ Bar 078322013*

May 18, 2026

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

*Re: Metaxas et al. v. Graubard et al.*
*Case No. 25-cv-05844 (AMD) (PCG)*

Dear Judge Donnelly:

Defendant Frank R. Seddio respectfully submits this supplemental letter in connection with the Court's May 11, 2026 Scheduling Order.

Defendant proposes filing a letter request for a pre-motion conference regarding his anticipated Rule 12(c) motion on or before June 9, 2026.

Respectfully submitted,

_____
Vincent Miletti, Esq.
*Attorney for Defendant Frank R. Seddio.*

Cc: All Counsel and Parties (via ECF)

Page 1 of 1