# Law Offices of Mordy Gross LLC

418 Broadway # 10612 • Albany, NY 12207
484.680.0768 • mg@mordygross.com
*Admitted in New York and New Jersey*

May 19, 2026

<u>Via Email to Chambers</u>

Magistrate Judge Peggy Cross-Goldenberg
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

**Re:** *Metaxas et al. v. Graubard et al.*, No. 1:25-cv-5844 (AMD) (PCG)

Dear Magistrate Judge Cross-Goldenberg:

I respectfully write to request authorization, pursuant to Administrative Order 2025-02 § 1(d), for the undersigned to enter the United States Courthouse at 225 Cadman Plaza East in possession of a laptop computer and cellular telephone for the status conference scheduled before Your Honor in the above-captioned matter tomorrow, May 20, 2026, at 1:00 p.m. in Courtroom 322N.

The undersigned is an attorney admitted to practice in the State of New York, and the United States District Court for the Eastern District of New York, but does not presently hold a New York State Unified Court System Attorney Secure Pass. At screening, the undersigned will present a New Jersey driver's license, a printed PACER confirmation of EDNY admission, and a printed copy of any authorization issued in response to this request, as verification of bar membership.

The devices will be used solely to access case materials in connection with the conference and will be kept off or rendered silent within the courtroom in accordance with Administrative Order 2025-02 and Local Civil Rule 1.8. The undersigned will not use either device to record, transmit, or photograph any portion of the proceedings.

The undersigned respectfully requests that authorization be communicated either by short order on the docket or by email to the U.S. Marshals Service and Court Security Officers at the courthouse entrance, with a copy to the undersigned that may be presented at screening. The undersigned remains available to provide any additional documentation the Court may require.

I thank the Court for its consideration.

Respectfully submitted,

/s/ Mordy Gross
Mordy Gross, Esq.
Law Offices of Mordy Gross, LLC
418 Broadway # 10612
Albany, NY 12207
(484) 680-0768
mg@mordygross.com
Counsel for Defendant Jonathan Rubin