UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Metaxas et al

                                    ORDER
                                    Docket Number: _25-cv-5844-AMD-PCG_____

            VS.

Graubard et.al


_____X

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic
Device(s) and/or the General-Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for
use in a proceeding or trial in the action.

| Attorney | Device(s) |
|---|---|
| Babak Ghafarzade | Mobile device, laptop |
| Lauren Zimmerman | Mobile device, laptop |
| Randall Tesser | Mobile device, laptop |
| David Shargel | Mobile device, laptop |
| Nicole Boeckmann | Mobile device, laptop |
| Jarrod Lee Schaeffer | Mobile device, laptop |
| Jarrod Lee Schaeffer | Mobile device, laptop |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering
the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs
constitutes a certification by the attorney that he or she will comply in all respects with the restrictions
and obligations set forth in Standing Order M10-468, as Revised.


SO ORDERED

Dated: _05/20/2026_____


                        /s/ Peggy Cross-Goldenberg
                        _____

                        UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____X

Metaxas et al

ORDER
Docket Number: __25-cv-5844-AMD-PCG____

VS.

Graubard et.al

_____X

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General-Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action.

| Attorney | Device(s) |
|---|---|
| Mordy Gross | Mobile device, laptop |
| Patrick A. Train-Gutierrez | Mobile device, laptop |
| Vincent Miletti | Mobile device, laptop |
|  |  |
|  |  |
|  |  |
|  |  |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED

Dated: __05/20/2026____

/s/ Peggy Cross-Goldenberg
_____

UNITED STATES MAGISTRATE JUDGE