EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



FIRST-CLASS MAIL

$000.74

05/15/2026  ZIP 11201
043M32206494

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 0 2 2026   ★

BROOKLYN OFFICE

Chaskel Frankl
16 Court St.
Suite 2203
Brooklyn, NY
11

NIXIE       100    DE 1        0005/26/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 11201183299      *1702-05483-18-44