UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANGELOS METAXAS *et al.*,

          Plaintiff,

    v.

MARK DAVID GRAUBARD *et al.*,

          Defendants.

Case No. 25-cv-5844 (AMD) (PCG)

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 17, 2026, a copy of the Court's text-only June 17, 2026, Order to show cause granting Plaintiffs request for an order to show cause (ECF 125) was served by electronic mail upon Jacob Jacobowitz at the addresses listed below:

Jacob Jacobowitz
536 Holdings LLC
yqmanagement@gmail.com

Dated:    New York, New York
          June 18, 2026, 2026

*/s/ Lauren J. Zimmerman*
Lauren J. Zimmerman
Benesch Friedlander Coplan & Aronoff LLP
1155 Avenue of the Americas
New York, NY 10036
(646) 593-7050
Lzimmerman@beneschlaw.com

*Attorney for Plaintiff Angelos Metaxas and Pertshire Investments LP*