AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| ANGELOS METAXAS, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-cv-5844 |
| MARK DAVID GRAUBARD, ESQ. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Angelos Metaxas and Pertshire Investments LP                                            .

Date:   07/15/2026

/s/ Eileen Monaghan DeLucia
*Attorney's signature*

Eileen Monaghan DeLucia  NY Bar#4820676
*Printed name and bar number*

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1155 Avenue of the Americas, Floor 26
New York, NY 10036
*Address*

EDeLucia@beneschlaw.com
*E-mail address*

(646) 356-6021
*Telephone number*

(646) 755-3397
*FAX number*