UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF NEW YORK

_____

X
Metaxas et.al

VS.

Graubard et al

ORDER        25-cv-5844-EK-PCG
Docket Number: _____

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic
Device(s) and/or the General-Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for
use in a proceeding or trial in the action.

| Party | Device(s) |
|---|---|
| Jeff Benz (Court Rep.) | Stenography machine. iPads (4), Laptop Mobile phone |
| Michael Bennett (Videographer) | Video camera, Tripod, HDMI recorder, External disk, Headphones, Audio mixer, Microphones,Extension cords, Speakers, Power cords, Laptop, Backdrop, Mobile phone |
| | |
| | |
| | |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering
the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs
constitutes a certification by the attorney that he or she will comply in all respects with the restrictions
and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED

Dated: 07/15/2026

/s/ Peggy Cross-Goldenberg
_____

UNITED STATES MAGISTRATE JUDGE