![Benesch]

Lauren Zimmerman
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.356.6023
lzimmerman@beneschlaw.com

July 16, 2026

<u>Via ECF</u>

Magistrate Judge Peggy Cross-Goldenberg
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 1120

      Re:    *Metaxas et al. v. Graubard et al.*, No. 25-cv-5844 (AMD) (PCG)

Dear Magistrate Judge Cross-Goldenberg:

We write on behalf of Plaintiffs Angelos Metaxas and Pertshire Investments LP (together, "Plaintiffs") to notify the Court and seek intervention regarding Defendant Yeschiel Shimon "Sam" Sprei's ("Sprei's") additional, ongoing violation of this Court's discovery orders.

Despite the Court's July 10, 2026 order requiring Sprei to produce responsive documents to Plaintiffs by July 15 ("Because the scope of discovery has shifted to damages rather than liability, the Court adjourns the July 10, 2026 deadline for the production of documents and any corresponding privilege log to **July 15, 2026**.") (emphasis in the original), to date, Sprei still has not produced a single document, communication, or privilege log to Plaintiffs.

Sprei's violation of yet another of this Court's discovery orders is not only egregious but especially problematic (and likely strategic) given that Plaintiffs' deposition of Sprei, ordered by this Court, is scheduled for today, July 16. Sprei has thus, once again, forced Plaintiffs to prepare for and enter a deposition without producing any underlying evidence or relevant materials.

Accordingly, Plaintiffs request that the Court hold Sprei in contempt of court for his violation of this Court's July 10 discovery order and begin issuing the automatic $1,000 a day

Magistrate Judge Cross-Goldenberg
July 16, 2026
Page 2


sanction ordered by the Court on July 2 and July 10, until the sixth day of noncompliance, when the sanction shall increase to $5,000 a day.


Respectfully,
BENESCH,  FRIEDLANDER,
COPLAN & ARONOFF LLP


Lauren J. Zimmerman


Cc: All represented parties via ECF