UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANGELOS METAXAS and PERTSHIRE
INVESTMENTS LP,

                Plaintiffs,

        v.

MARK DAVID GRAUBARD, ESQ. d/b/a M. DAVID
GRAUBARD, YESCHIEL SHIMON "SAM" SPREI,
FRANK P. SEDDIO, ESQ., AND JOHNATHAN RUBIN,

                Defendants.

MARK DAVID GRAUBARD,

                Third-Party Plaintiff,

        v.

CHASKEL FRANKEL,

                Third-Party Defendant.

Case No. 1:25-cv-5844(EK)(PCG)

**NOTICE OF DISMISSAL**

WHEREAS, Third-Party Plaintiff Mark David Graubard ("TPP Graubard") filed a Third-Party Complaint against Third-Party Defendant Chaskel Frankel a/k/a Chaskel Frankl ("TPD Frankl") in the above-captioned action in which TPP Graubard alleged, *inter alia*, that TPD Frankl took actions that induced TPP Graubard to take actions which may result in TPP Graubard's liability to Plaintiffs (the "Inducement Actions");

WHEREAS, TPP Graubard has since become aware of information that leads him to believe that TPD Frankl was not the party who undertook the Inducement Actions; and

WHEREAS, TPD Frankl's time to answer the Third-Party Complaint has not expired and TPD Frankl has not answered the Third-Party Complaint;

**NOW THEREFORE**, TPP Graubard, by his attorneys, TESSER, RYAN &

ROCHMAN, LLP, hereby gives notice pursuant to FRCP Rule 41(a)(1)(A)(i) of the dismissal

without prejudice of the Third-Party Complaint against TPD Frankl.

Dated:          White Plains, New York
                July 16, 2026


                                          TESSER, RYAN & ROCHMAN, LLP

                                          By:     /s/ *Randall Tesser*
                                                  Randall Tesser
                                                  15 Fisher Lane, Suite 200
                                                  White Plains, NY 10603
                                                  (212) 754-9000
                                                  rtesser@tesserryan.com

                                                  *Attorneys for Third-Party*
                                                  *Plaintiff Mark David Graubard*