Metaxas et al. v. Graubard et al., No. 1:25-cv-05844 (EK) (PCG) (E.D.N.Y.)

# EXHIBIT I

Bank Records — RUBIN-000255, 000258, 000263, 000283,
000288, 000308, 000309, 000392

REDACTED — account numbers, customer reference identifiers, and account activity
unrelated to the transactions cited in the opposition letter have been redacted
(Queen Equities LLC operating account ending 6734)

**Bank**
America's Most Convenient Bank®



E        **STATEMENT OF ACCOUNT**

QUEEN EQUITIES LLC
111 CLIFTON AVE STE 14
LAKEWOOD NJ  08701-3342

| | |
|---|---|
| Page: | 1 of 26 |
| Statement Period: | Dec 01 2024-Dec 31 2024 |
| Cust Ref #: | |
| Primary Account #: | |

| | | | |
|---|---|---|---|
| Deposits | 633,062.67 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 650,104.04 | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 917,918.31 | | |
| Electronic Payments | 478,910.98 | | |
| Other Withdrawals | 1,588,976.73 | | |

### DAILY ACCOUNT ACTIVITY
**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/06 | DEPOSIT | 350,000.00 |

RUBIN-000255



## TD Bank
### America's Most Convenient Bank®

QUEEN EQUITIES LLC

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Page: | 4 of 26 |
| Statement Period: | Dec 01 2024-Dec 31 2024 |
| Cust Ref #: | |
| Primary Account #: | |

---

**DAILY ACCOUNT ACTIVITY**

**Other Credits (continued)**

| | | |
|---|---|---|
| 12/12 | WIRE TRANSFER INCOMING, MARK DAVID GRAUBARD | 250,000.00 |

**Checks Paid**    No. Checks: 29    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| | 12/05 | 4521 | 539,000.00 |
|---|---|---|---|

RUBIN-000258

# TD Bank
**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

QUEEN EQUITIES LLC

| | |
|---|---|
| Page: | 9 of 26 |
| Statement Period: | Dec 01 2024-Dec 31 2024 |
| Cust Ref #: | |
| Primary Account #: | |

---

**DAILY ACCOUNT ACTIVITY**

**Other Withdrawals (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | WIRE TRANSFER OUTGOING, MONTCLARE AND WACHTLER, LLP | 252,000.00 |
| 12/11 | WIRE TRANSFER OUTGOING, MONTCLARE AND WACHTLER, LLP | 28,000.00 |

RUBIN-000263

# TD Bank
**America's Most Convenient Bank®**

QUEEN EQUITIES LLC

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Page: | 3 of 22 |
| Statement Period: | Jan 01 2025-Jan 31 2025 |
| Cust Ref #: | |
| Primary Account #: | |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/06 | WIRE TRANSFER INCOMING, EXPRESS TRADE CAPITAL INC | 2,511,111.11 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

RUBIN-000283

**TD Bank**
America's Most Convenient Bank®

QUEEN EQUITIES LLC

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Page: | 8 of 22 |
| Statement Period: | Jan 01 2025-Jan 31 2025 |
| Cust Ref #: | |
| Primary Account #: | |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/06 | WIRE TRANSFER OUTGOING, MONTCLARE AND WACHTLER LLP | 2,450,000.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

RUBIN-000288

**TD Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

QUEEN EQUITIES LLC

| | |
|---|---|
| Page: | 6 of 16 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | |
| Primary Account #: | |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25 | WIRE TRANSFER OUTGOING, Express Trade Capital, Inc. | 100,000.00 |

RUBIN-000308

**TD Bank**

America's Most Convenient Bank®

QUEEN EQUITIES LLC

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Page: | 7 of 16 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | |
| Primary Account #: | |

---

**DAILY ACCOUNT ACTIVITY**

**Other Withdrawals (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/27 | WIRE TRANSFER OUTGOING, YECHEIL S SPEI | 835,000.00 |

RUBIN-000309

**TD Bank**

America's Most Convenient Bank®

QUEEN EQUITIES LLC

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 8 of 24 |
| Statement Period: | Jun 01 2025-Jun 30 2025 |
| Cust Ref #: | |
| Primary Account #: | |

---

**DAILY ACCOUNT ACTIVITY**

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/25 | WIRE TRANSFER OUTGOING, Yechiel Shimon Sprei | 100,000.00 |
| 06/25 | WIRE TRANSFER OUTGOING, Yechiel Shimon Sprei | 15,000.00 |
| 06/27 | WIRE TRANSFER OUTGOING, Yechiel Shimon Sprei | 100,000.00 |
| 06/27 | WIRE TRANSFER OUTGOING, Yechiel Shimon Sprei | 64,000.00 |
| 06/27 | WIRE TRANSFER OUTGOING, Yechiel Shimon Sprei | 20,000.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

RUBIN-000392