Metaxas et al. v. Graubard et al., No. 1:25-cv-05844 (EK) (PCG) (E.D.N.Y.)

# EXHIBIT L

Excerpt of July 8, 2026 email from Plaintiffs' counsel (S. Roth Bender, Benesch) re
post-ECF 132 open items — Item J (Interrogatory No. 16): "There is nothing to
supplement."

**Verbatim Excerpt — Email of July 8, 2026, 5:50 PM (ET)**

From: Bender, Sammi Roth <Srothbender@beneschlaw.com>
Sent: Wednesday, July 8, 2026 5:50 PM
To: Mordy Gross <mg@mordygross.com>; Zimmerman, Lauren <LZimmerman@beneschlaw.com>;
  Babak Ghafarzade; et al.
Subject: RE: Metaxas v. Graubard, 25-cv-5844 (EDNY) — Defendant Rubin: Confidentiality
  Designation Index, Phone Declarations + Chain-of-Custody, and Update on Open Items

[Excerpt — the items addressing the Court's June 22, 2026 Order (ECF 132); reproduced
verbatim from counsel's records; complete native email available on request. See
Gross Decl. paragraph 10.]

"I. You did not raise this point during our meet and confer. During our May 28th meet and
confer (and subsequent memorialization on June 2) we agreed that no engagement letters
would be produced because Plaintiffs agreed to provide you with their attorney invoices.
We disagree that the Court's order on (I) requires us to do anything further. We reiterate
that we are not withholding additional responsive information on privileged grounds. To
further answer your question, we produced responsive communications among the investors
through February 19, 2025, and we included on our privilege log over 100 entries for
responsive privileged communications between some or all of the investors and counsel
through February 19, 2025. The parties are at impasse.

J. To further clarify, Plaintiffs have not withheld factual, non-privileged information in
response to Interrogatory No. 16. There is nothing to supplement. To the extent you
disagree, the parties are at impasse.

D. We stated during our meet and confer that we understand our obligation to disclose
facts regarding Rubin's New York presence that we intend to rely on at trial. We have
nothing further to disclose at the moment, and if we learn additional facts, we will
disclose them.

K. We do not accept your proposal. The parties remain at impasse."