Metaxas et al. v. Graubard et al., No. 1:25-cv-05844 (EK) (PCG) (E.D.N.Y.)

# EXHIBIT B

NYSCEF Doc. 93 — Notice of Motion for Sanctions (filed Nov. 20, 2025)

Case 1:25-cv-05844-EK-PCG    Document 163-3    Filed 07/22/26    Page 2 of 3 PageID #: 2139

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

OLDEN LLC,

                Plaintiff,

      v.

ANGELOS METAXAS and PERTSHIRE
INVESTMENTS LP,

                Defendants,

      and

DAVID GRAUBART,

                Nominal Defendant.

Index No. 505819/2025

Hon. Richard J. Montelione: Part 99

Motion Sequence No. 4

**NOTICE OF MOTION FOR SANCTIONS AGAINST FRANK R. SEDDIO, ESQ., AND JONATHAN RUBIN**

**PLEASE TAKE NOTICE** that, upon the accompanying affirmation of Lauren J. Zimmerman, Esq., dated November 20, 2025, the exhibits attached thereto, and the supporting memorandum of law, and upon all proceedings in this case to date, Defendants ANGELOS METAXAS and PERTSHIRE INVESTMENTS LP, by and through their undersigned counsel, will move this Court at I.A.S. Part 99, at the Kings County Courthouse, located at 360 Adams Street, Brooklyn, New York 11201, on December 10, 2025, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order pursuant to 22 NYCCRR § 130-1.1: (i) determining that Plaintiff's attorney, Frank R. Seddio, Esq. ("Seddio") and Plaintiff's purported manager and apparent alter ego, Jonathan Rubin ("Rubin"), engaged in repeated frivolous conduct in this action; (ii) awarding Defendants costs in the form of reimbursement for actual expenses reasonably incurred and reasonable attorney's fees, resulting from Seddio and Rubin's frivolous conduct, in an amount to be determined; (iii) holding Seddio and Rubin jointly and severally liable for such costs; and (iv) granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to CPLR 2214, any answering papers and any notice of cross-motion, with supporting papers, shall be served at least seven (7) days before the date that this motion is noticed to be heard.

Dated:   New York, NY
         November 20, 2025

Respectfully submitted,

SELENDY GAY PLLC

By:  ___/s/_____ *Lauren J. Zimmerman*___
     Jennifer M. Selendy
     Lauren J. Zimmerman
     Babak Ghafarzade
     1290 Avenue of the Americas
     New York, NY 10104
     Tel: 212-390-9000
     jselendy@selendygay.com
     lzimmerman@selendygay.com
     bghafarzade@selendygay.com

     *Attorneys for Defendants Angelos Metaxas and*
     *Pertshire Investments LP*

2