Metaxas et al. v. Graubard et al., No. 1:25-cv-05844 (EK) (PCG) (E.D.N.Y.)

# EXHIBIT D

NYSCEF Doc. 260 — Short Form Order (Rivera, J., Mar. 12, 2026)

Case 1:25-cv-05844-EK-PCG   Document 163-5   Filed 07/22/26   Page 2 of 3 PageID #: 2154

At an I.A.S. Trial Term, Part 52 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the 12th day of MARCH 20

PRESENT:

Hon. Rivera

Justice

OLDEN LLC

Plaintiff(s)

Cal. No. 37 (mot. #4)

Index No. 505819/2025

- against-

ANGELOS METAXAS and PERTSHIRE INVESTMENTS LP

Defendant(s)

The following papers numbered 1 to _____ read on this motion          Papers Numbered

Notice of Motion - Order to Show Cause
and Affidavits (Affirmations) Annexed _____
Answering Affidavit (Affirmation) _____
Reply Affidavit (Affirmation) _____
_____ Affidavit (Affirmation) _____
Pleadings- Exhibits _____
Stipulations - Minutes _____
Filed Papers _____

1.) No correspondence via letter or email with the court by the parties.

2.) Motion as to Rubin is dismissed.

3.) A hearing shall be held (sequence #4 for sanctions) as to the motion against Seddio shall be held on May 19, 2026 at 10:00 am - 1pm. If more time is needed, will be determined May 19 hearing.

4.) Movant to provide an enumerated list of alleged frivolous conduct to respondents via NYSCEF at 2 weeks prior to May 19, 2026 and by e-mail to the court (in MS Word) in advance of the hearing, on notice to all parties.

May 5, 2026

**For Clerks use only**

MG _____

MD _____

Motion Seq. # 4

ENTER

J.S.C.

EJV-rev 1-23

PAGE 1 OF 2

1 of 2

Case 1:25-cv-05844-EK-PCG   Document 163-5   Filed 07/22/26   Page 3 of 3 PageID #: 2155

## PAGE 2

INDEX# 505819/2025          DATE March 12, 2026

PLAINTIFF OLDEN LLC vs DEFENDANT ANGELOS METAXAS Et AL.

5.) Any requests for adjournment shall be made via OSC.

ENTERED/SO ORDERED

_____
JSC

**PAGE 2**

HON. FRANCOIS A. RIVERA
J.S.C.