Metaxas et al. v. Graubard et al., No. 1:25-cv-05844 (EK) (PCG) (E.D.N.Y.)

# EXHIBIT G

NYSCEF Doc. 299, Attachment G — November 6, 2025 Discontinuance Materials (GRAUBARD_01515 transmittal email; GRAUBARD_01575 Notice of Discontinuance; GRAUBARD_01576–01577 explanation letter)

Case 1:25-cv-05844-EK-PCG Document 163-8 Filed 07/22/26 Page 2 of 6 PageID #: 2220

# ATTACHMENT G
# COPY OF DEFENDANTS' EXHIBIT 183 IN EVIDENCE

Case 1:25-cv-05844-EK-PCG   Document 163-8   Filed 07/22/26   Page 3 of 6 PageID #: 2221

# Fwd: Olden Group LLC v Metaxas 505819/2023

**From: frank seddio <seddiolaw@gmail.com>**          Thu, Nov 6, 2025 at 4:04 PM EST (GMT-05:00)
To: David Graubard <dgraubard@keragraubard.com>

---------- Forwarded message ---------
From: frank seddio <seddiolaw@gmail.com>
Date: Thu, Nov 6, 2025 at 3:59 PM
Subject: Re: Olden Group LLC v Metaxas 505819/2023
To: Israel Goldberg <ig@grlawpllc.com>
Cc: <KSCCVPart99@nycourts.gov>, Babak Ghafarzade
<bghafarzade@selendygay.com>, <ig@grlawpllc.com>, Jennifer Selendy
<jselendy@selendygay.com>, Lauren Zimmerman
<lzimmerman@selendygay.com>


Good afternoon see attached what was just uploaded on nysef

notice of discontinuance
letter and exhibit

Thanks

On Wed, Nov 5, 2025 at 11:45 PM M. David Graubard
<dgraubard@keragraubard.com> wrote:
>
> Justice Montelione--
>
>                Please see attached letter just filed as CEF 82
>
>                          Respectfully
>
> M. David Graubard, Esq.
> 7118 Main Street
> Flushing, NY 11367-2015
> Office: (212) 681-1600
> Facsimile: (646) 690-7686
> Cellphone: (646) 245-3978
> E-mail: dgraubard@keragraubard.com
> www.KeraGraubard.com
>
>
>
>

## Attachments

- Notice of Discontinuance.WORD VERSION.pdf
- Seddio Letter.pdf
- Metaxas v. Seddio (1).pdf

GRAUBARD_01515

Case 1:25-cv-05844-EK-PCG   Document 163-8   Filed 07/22/26   Page 4 of 6 PageID #: 2222

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------------------x

OLDEN LLC,

                 Plaintiff,

-against-

ANGELOS METAXAS and PERTSHIRE
INVESTMENTS LP,

                 Defendants.

-and-

DAVID GRAUBART,

                 Nominal Defendant.

-------------------------------------------------------------------x

Index No.: 505819/2025

**NOTICE OF
DISCONTINUANCE/
DISMISSAL OF CLAIMS
AND ACTION**

**PLEASE TAKE NOTICE** that, Plaintiff herein hereby voluntarily discontinues and dismisses, without prejudice, all claims against all Defendants, and hereby discontinues and dismisses this Action in its entirety, with each party to bear its, his, her or their own fees and costs incurred herein.

Dated: New York, New York
       November 6, 2025

By:    */s/ Frank R. Seddio*
        FRANK R. SEDDIO, ESQ.
        Seddio & Associates, P.C.
        One MetroTech Center, Suite 1803
        Brooklyn, New York 11201
        (718) 272-6040
        seddiolaw@gmail.com
        *Co-counsel for plaintiff*

GRAUBARD_01575

Case 1:25-cv-05844-EK-PCG    Document 163-8    Filed 07/22/26    Page 5 of 6 PageID #: 2223




# Seddio & Associates, PC

ATTORNEYS and COUNSELLORS AT LAW
ONE METROTECH CENTER, SUITE 1803
BROOKLYN, NEW YORK 11201

HON. FRANK R. SEDDIO
Former Judge, Surrogate's
Court, Kings County
EMAIL: SEDDIOLAW@GMAIL.COM

TEL. (718) 272-6040

JAVID NESARALLI
JAKE RYAN BAUMGARTEN, of Counsel
ALLEN SCHWARTZ, of Counsel
ADAM KALISH, of Counsel

November 6, 2025

**VIA NYSCEF**
Honorable Justice Richard Montelione
Supreme Court of the State of New York
County of Kings Civil Term
Commercial Division
360 Adams Street
Brooklyn, NY 11201

Re: *Olden LLC v. Angelos Metaxas, Pertshire Investments LP, and David Graubart Index No. 505819/2025*

Dear Justice Montelione:

We write on behalf of Plaintiff Olden LLC to explain the filing of the Notice of Discontinuance in the above-referenced matter.

The instant action was commenced on February 19, 2025, under Supreme Court Index No. 505819/2025 (NYSCEF Doc. No. 1). On March 3, 2025, Defendants Angelos Metaxas and Pertshire Investments LP, through counsel Babak Ghafarzade and Lauren J. Zimmerman of Selendy Gay PLLC, appeared in the action by filing documents on NYSCEF.

Pursuant to CPLR § 3012(b), "if no demand is made, the complaint shall be served within twenty days after service of the notice of appearance." Here, the NYSCEF docket reflects that no complaint was ever filed, notwithstanding the Defendants' appearance, which triggered the twenty-day period for service of a complaint. Accordingly, Plaintiff's time to serve a complaint has expired.

Rather than litigate the procedural consequences of that lapse, Plaintiff has elected to voluntarily discontinue this action without prejudice. It is respectfully submitted that the failure to comply with CPLR § 3012(b) divests this Court of jurisdiction over the matter, and the filing of a Notice of Discontinuance properly terminates the proceeding in its entirety.

GRAUBARD_01576

Case 1:25-cv-05844-EK-PCG    Document 163-8    Filed 07/22/26    Page 6 of 6 PageID #: 2224

Additionally, Defendants have since commenced an action (the "Federal Action") in the United States District Court involving the same subject matter and transactions at issue here. The Federal Action asserts substantially identical claims and also names Olden LLC, its principals, and undersigned counsel, Frank R. Seddio, as defendants. In light of the overlapping issues and parties, it would be duplicative and inefficient to maintain this action in parallel.

In the interest of judicial economy and to avoid inconsistent determinations, Plaintiff has therefore filed the attached Notice of Discontinuance, discontinuing all claims against all Defendants without prejudice, with each party to bear its own fees and costs. For the Court's convenience, a copy of the federal complaint in the Federal Action is annexed hereto.


Respectfully submitted,

/s/ Frank R. Seddio

GRAUBARD_01577