# Benesch

Lauren Zimmerman
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.356.6023
Fax: 646.755.3397
lzimmerman@beneschlaw.com

July 24, 2026

<u>Via ECF</u>

Magistrate Judge Peggy Cross-Goldenberg
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

> Re: *Metaxas et al. v. Graubard et al.*, No. 25-cv-05844 (EK) (PCG)

Dear Judge Cross-Goldenberg:

We write briefly on behalf of Plaintiffs Angelos Metaxas and Pertshire Investments LP to correct three factually inaccurate statements in Defendant Frank R. Seddio, Esq.'s Opposition to Plaintiffs' Letter Motion for Leave to Amend, ECF No. 157, and to ensure clarity of the record.

- Plaintiffs' proposed Amended Complaint does not newly "inject allegations concerning [Plaintiffs'] characterization of unrelated litigation", ECF No. 157 at *1, nor does it add "new 'pattern allegations'", *id.* at *2. Plaintiffs' complaint, ECF No. 1 (the "Complaint"), already makes these exact allegations. The only difference is their location within the proposed amended complaint. *Compare* Compl. ¶¶118-123 *with* ECF No. 151-2 ¶¶ 142-147.

- Plaintiffs have not "expand[ed]" the damages sought from Seddio. ECF No. 157 at *1. Plaintiffs' Complaint seeks attorneys' fees from Seddio in connection with his violation of N.Y. Judiciary Law § 487 and abuse of process, and actual damages of $2 million in connection with his tortious interference with contract and aiding and abetting breach fiduciary duty. *See* Compl. ¶¶ 142, 156, 163, 169. Plaintiffs' claim for "special damages" caused by Seddio's malicious prosecution seeks the same $2 million in escrow deposits Plaintiffs have sought from Seddio since this matter's inception. Regarding attorneys' fees, Plaintiffs have produced their legal invoices to date and Defendants deposed Plaintiffs on this topic.

- Plaintiffs do not now "claim that several state court justices 'conspired' with Mr. Seddio and others to delay proceedings, engineered judicial recusals and obstructed Plaintiffs' case." ECF No. 157 at *2. Plaintiffs continue to allege, as before, that Seddio orchestrated the state court justices' recusals on his own and/or in conjunction with the co-defendants. *See* Compl. ¶¶ 93, 110, 114, 116, 168; ECF No. 151-2 ¶¶ 155, 179, 211-221, 299. Based on these Complaint allegations, Plaintiffs requested in discovery Seddio's communications with each judge who presided over the state court matter and deposed him extensively on this issue. Seddio also produced his personal text and electronic messages with one such judge.

Magistrate Judge Peggy Cross-Goldenberg
July 24, 2026
Page 2


Plaintiffs had hoped to avoid troubling the Court with this issue and so, earlier this week, notified Seddio of each of the above factual inaccuracies and requested that he correct them. Seddio declined and requested that Plaintiffs provide the Court with his response, which we have attached hereto as Ex. A.

Respectfully submitted,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

*/s/ Lauren Zimmerman*

Lauren Zimmerman

cc: All Parties via ECF