# Benesch

Lauren Zimmerman
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial:  646.356.6023
lzimmerman@beneschlaw.com

July 24, 2026

Via ECF

Magistrate Judge Peggy Cross-Goldenberg
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 1120

      Re:     *Metaxas et al. v. Graubard et al.*, No. 25-cv-5844 (AMD) (PCG)

Dear Magistrate Judge Cross-Goldenberg:

We write on behalf of Plaintiffs Angelos Metaxas and Pertshire Investments LP (together, "Plaintiffs") to update the Court on the status of third party 536 Holdings LLC's ("536 Holdings'") compliance with this Court's so-ordered subpoena, ECF No. 115 (the "Subpoena").

The principal of and counsel for 536 Holdings continue to work collaboratively with Plaintiffs to respond to the Subpoena. Plaintiffs understand that, by July 29, 2026, 536 Holdings will complete its responsive productions and provide to Plaintiffs the certification described by the Court during the July 10, 2026 order to show cause hearing regarding 536 Holdings' search and production process.

Plaintiffs respectfully request that, in the event any dispute remains as to the Subpoena, the Court provide Plaintiffs the opportunity to raise such issue in a status letter to the Court on or before July 29, 2026, at which point the Court may determine whether the show cause hearing need be rescheduled. Should no issues remain, Plaintiffs will make no such filing.

Respectfully,
BENESCH,   FRIEDLANDER,
COPLAN & ARONOFF LLP

Lauren J. Zimmerman

Cc: All represented parties via ECF