**Law Offices of Mordy Gross LLC**
418 Broadway # 10612 • Albany, NY 12207
484.680.0768 • mg@mordygross.com
*Admitted in New York and New Jersey*

July 28, 2026

Via ECF
Hon. Peggy Cross-Goldenberg
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Metaxas et al. v. Graubard et al.*, No. 1:25-cv-05844 (EK) (PCG)
        Letter Motion for Leave to Appear Remotely at the July 29, 2026 Conference

Dear Judge Cross-Goldenberg:

I represent Defendant Jonathan Rubin. Pursuant to Section I.C of the Court's Individual Practices, I respectfully request leave to appear by video or telephone at the conference scheduled for July 29, 2026 at 12:00 PM in Courtroom 322N (June 17, 2026 Order), and that Chambers provide the appropriate video link or dial-in information. This is the first request for any change to this conference, and no adjournment is sought.

The reason for the request is that I am out of the country on a long-prescheduled vacation. When the June 17 Order issued, I understood its directive that "[a]ny party proceeding pro se must attend the July 29, 2026 conference in person" to mean that counsel for represented parties would be permitted to appear remotely and that connection information would be provided; because Mr. Rubin is represented, I arranged my travel on that understanding. I make this request only now, on the eve of the conference, because it became apparent upon checking the docket for connection information that my reading may have been mistaken, and I apologize for the timing.

I am fully prepared to proceed on all anticipated topics and will appear from a quiet, private location. I regret any inconvenience to the Court and thank the Court for its consideration.

Respectfully submitted,
/s/ Mordy Gross
Mordy Gross, Esq.
Attorney for Defendant Jonathan Rubin

cc:    All counsel of record (via ECF)