# Exhibit 4

Page 119

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____
                                    )
ANGELOS METAXAS and PERTSHIRE       )
INVESTMENTS LP,                     )    Civil Action No.
                                    )    25-cv-5844(AMD)(PCG)
                    Plaintiffs,     )
            v.                      )
                                    )
MARK DAVID GRAUBARD, ESQ. d/b/a     )
M. DAVID GRAUBARD, YESCHIEL SHIMON  )
"SAM" SPREI, FRANK R. SEDDIO, ESQ., )
and JONATHAN RUBIN,                 )
                                    )
                    Defendants.     )
_____)


** HIGHLY CONFIDENTIAL **




CONTINUED VIDEO-RECORDED DEPOSITION OF
YESCHIEL SHIMON SPREI

New York, New York
Thursday, July 16, 2026




Reported by:
Jeffrey Benz, CRR, RMR

Page 140

Q.    And what did you get in exchange for that deed in lieu?
A.    A release on my guarantee.
Q.    And what had you guaranteed?
A.    The loan amount.
Q.    How much was that for?
A.    I think 10, 11 million.
Q.    And in -- in exchange for the deed in lieu, did they release the entirety of that loan amount?
A.    I believe so, yes.
Q.    Did anyone else have an interest in that property?
A.    No.
Q.    Who was lender on that?
A.    It's called -- it was a private lender.  It's called -- I -- I don't remember the exact name, but I'm happy to give it to you.
Q.    Who else was involved in that transaction?
A.    It was only me.
Q.    Was Mr. Rubin involved?
A.    You mean involved in which way?
Q.    Did he have any interest in that property?

Page 141

A.    No.  I think he did loan a certain amount of money, you know, a certain amount of equity for that property, I believe.  But he didn't have any interest.
Q.    Do you have any bank accounts?
A.    Yes, I do.
Q.    Let's go through them one by one.  Can you tell me about -- let's start with checking accounts.  Do you have any checking accounts?
A.    I have two checking accounts.
Q.    With which bank?
A.    Flagstar Bank.
Q.    Both with Flagstar?
A.    Yeah.
RQ        MS. DeLUCIA:  We're going to need the account numbers for those, Mr. Emouna.
A.    I don't have them with me, but I'll be happy to provide it.
Q.    And so those were the checking accounts.  What's the current balance of each of those accounts?
A.    One of them has like 5,000; one of them has like 3,000.
Q.    Does anyone else have access or a right to the balances in those accounts?

Page 142

A.    No.
Q.    Does anyone else have signatory authority on those accounts?
A.    No.
Q.    Just you?
A.    That's correct.
Q.    And those are accounts in your individual name?
A.    I believe so -- one individual, one is -- one -- I believe one individual and I believe one an LLC.  But I'll double-check, and I'll be happy to do that.
Q.    And which LLC is that?
A.    I don't recall.
Q.    Do you have any savings accounts?
A.    No.
Q.    Do you currently store any money in any IOLA accounts?
A.    No.
Q.    Mr. Seddio testified under oath that you pay him a flat fee for his legal services, of approximately $25,000 a month.
      How do you pay that?
A.    So, first of all, I don't pay him $25,000 per month.  It was cases that he did for

Page 143

people in the community, which they paid; and I was just the person, you know, introducing Frank to the case.  But I didn't pay the person.  It was cases which he did for other people in the community.
Q.    So that's not what Mr. Seddio said.  And I -- I think it's public record that he's represented you in a number of matters.  How have you paid for his legal services when he's represented you?
A.    Yeah, I didn't say he didn't represent me.  He did represent me on matters, and I did pay him for my matters.  But he also, when he referred that he got money per month, it was other matters that wasn't only my matters.  It was people who had foreclosures, voluntarily to help.  It was people that had other issues, which he helped.
Q.    And how do you pay him when he performs legal services for you?
A.    So it was sometimes -- I don't recall exactly.  It was sometimes it was by wire transfer, but my LLC account, sometimes it was by check.  That's it.
Q.    And where would the money come from

Highly Confidential
Yeschiel Shimon Sprei - July 16, 2026

32 (Pages 240 to 243)

Page 240

A C K N O W L E D G E M E N T

I, YESCHIEL SHIMON SPREI, hereby certify, I have read the transcript of my testimony taken under oath in my deposition of July 16, 2026; that the transcript is a true, complete and correct record of what was asked, answered and said during this deposition, and that the answers on the record as given by me are true and correct.

_____
YESCHIEL SHIMON SPREI
Subscribed and sworn to
before me on this _____ day
of _____, 2026.

_____
NOTARY PUBLIC

Page 242

LAWYER'S NOTES

PAGE  LINE
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____
____ ____  _____

Page 241

C E R T I F I C A T E

STATE OF NEW YORK    )
                     ) Ss.:
COUNTY OF NEW YORK   )

I JEFFREY BENZ, a Certified Realtime Reporter, Registered Merit Reporter and Notary Public within and for the State of New York, do hereby certify:
That the witness whose examination is hereinbefore set forth was duly affirmed by me and that this transcript of such examination is a true record of the testimony given by such witness.
I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.
IN WITNESS WHEREOF, I have hereunto set my hand this 24th of July, 2026.

_____
JEFFREY BENZ, CRR, RMR

Page 243

CERTIFICATE OF DEPONENT

I hereby certify that I have read the foregoing pages of my deposition testimony in this proceeding, and with the exception of changes and/or corrections, if any, find them to be a true and correct transcription thereof.

_____
Deponent

_____
Date

NOTARY PUBLIC
Subscribed and sworn to before me this
_____ day of _____, 20___.
_____
Notary Republic
My Commission Expires:_____