# Exhibit 6

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK


_____
                                )
ANGELO METAXAS et al.,          )
                                )
            Plaintiff,          )
                                )  Case No.
        v.                      )  25-cv-5844(AMD)(CLP)
                                )
MARK DAVID GRAUBARD et al.,     )
                                )
            Defendants.         )
_____)




            VIDEOTAPED DEPOSITION OF
            MARK DAVID GRAUBARD
            NEW YORK, NEW YORK
            WEDNESDAY, JUNE 17, 2026
                10:22 a.m.




REPORTED BY:  DANIELLE GRANT

Page 30

M. Graubard

Q    And you don't know whether any of the other Defendants are paying Mr. Kincaid for his work in connection with the federal action?

A    Correct.

Q    And you don't know whether Mr. Kincaid is getting paid at all for his work in the federal action?

A    Correct.

Q    Do you know whether Mr. Kincaid is giving legal advice to any of the three other co-defendants in the federal action?

A    I don't know.

Q    Have you had any discussions with any of the other co-defendants about Mr. Kincaid's role in connection with the federal action?

A    No.

Q    Have you ever spoken with Mr. Sprei about any of your discussions with Mr. Kincaid?

A    I will have to assert my Fifth Amendment privilege against self-incrimination on that question.

Page 31

M. Graubard

Q    So by asserting that privilege, it's your -- it's your belief that answering the prior question would have potential criminal liability for you?

A    My understanding is that it might lead -- might lead to information is my understanding.

Q    Do you know the last time Mr. Sprei paid Mr. Kincaid for services rendered on your behalf?

A    No.

Q    Did Mr. Sprei ever provide you evidence of any payments that he made to Mr. Kincaid for services provided on your behalf?

A    No.

Q    Did Mr. Kincaid ever send you any bills or invoices for services rendered on your behalf?

A    No.

Q    Okay.  So you --

A    Could you -- if I may go back -- I want to go back to that question that I -- what was your question when I asserted

Page 32

M. Graubard

the Fifth Amendment on that one?

Q    Have you ever spoken with Mr. Sprei about any of your discussion with Mr. Kincaid?

A    I would -- I would -- I would object that there's a privilege of common defense of defendants.

Q    Mr. Graubard, you're a witness.

A    Yes.

Q    You don't assert objections today.

A    Oh, okay.

Q    So is it your testimony that you have a common defense agreement with Mr. Sprei?

A    No.

Q    So then what -- so then what was the -- so will you answer the question about have you ever spoken with Mr. Sprei about any of your discussions with Mr. Kincaid?

A    Yes.  I'll answer it now.  Yes.

Q    Okay.  Have you ever spoken with Mr. Sprei about any of your conversations

Page 33

M. Graubard

with Mr. Kincaid?

A    Yes.

Q    And when have you spoken with Mr. Sprei about your discussions with Mr. Kincaid?

A    It was last month and a half or so.

Q    So in June, this month, have you spoken with Mr. Sprei about his disc -- about your discussions with Mr. Kincaid?

A    Yes.

MR. TESSER:  If you're going to be asking about the substance of those discussions, I would like to speak to my client to determine whether it would be appropriate to object on privilege grounds --

MR. GHAFARZADE:  We can --

MR. TESSER:  -- before you.

MR. GHAFARZADE:  -- do that. Why don't we do that?

MR. TESSER:  Okay.  Why don't we speak?

MR. GHAFARZADE:  Let's go off

Mark David Graubard - June 17, 2026

78 (Pages 306 to 309)

Page 306

M. Graubard
------------------EXHIBITS--------------------

| FOR IDENTIFICATION | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit No. 19 | Document, Bates-stamped GRAUBARD_03204 | 167 |
| Exhibit No. 20 | Document, Bates-stamped GRAUBARD_03095 | 182 |
| Exhibit No. 21 | Document, Bates-stamped GRAUBARD_02479 | 190 |
| Exhibit No. 22 | Document, Bates-stamped GRAUBARD_02910 | 203 |
| Exhibit No. 23 | Document, Bates-stamped GRAUBARD_03158 | 207 |
| Exhibit No. 24 | Document, Bates-stamped GRAUBARD_02835 | 212 |
| Exhibit No. 25 | Document, Bates-stamped GRAUBARD_02847 | 237 |
| Exhibit No. 26 | Document, Bates-stamped GRAUBARD_02828 | 246 |
| Exhibit No. 27 | Document, Bates-stamped GRAUBARD_02907 | 252 |
| Exhibit No. 28 | Document, Bates-stamped GRAUBARD_02447 | 263 |
| Exhibit No. 29 | Document, Bates-stamped METAXAS_VNB_000064 | 270 |

Page 307

M. Graubard
------------------EXHIBITS--------------------

| FOR IDENTIFICATION | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit No. 30 | Document, Bates-stamped GRAUBARD_02446 | 278 |
| Exhibit No. 31 | Document, Bates-stamped GRAUBARD_02456 | 288 |
| Exhibit No. 32 | Affirmation of Service | 295 |

---- ***** ----

Page 308

M. Graubard
CERTIFICATE
STATE OF NEW YORK )
                )ss:
COUNTY OF RICHMOND)

I, DANIELLE GRANT, a Certified Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That MARK DAVID GRAUBARD, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

In witness whereof, I have hereunto set my hand this 24th day of June, 2026.

*Danielle Grant*
DANIELLE GRANT

Page 309

M. Graubard
DEPOSITION ERRATA SHEET

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the _____ day of _____, 2026.

_____
MARK DAVID GRAUBARD