# Exhibit 7

Case 1:25-cv-05844-EK-PCG   Document 168-7   Filed 07/31/26   Page 2 of 4 PageID #: 2552

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

_____
                                )
ANGELO METAXAS et al.,          )
                                )
           Plaintiff,           )
                                )  Case No.
      v.                        )  25-cv-5844(AMD)(CLP)
                                )
MARK DAVID GRAUBARD et al.,     )
                                )
           Defendants.          )
_____)


              DATE:   June 22nd, 2026
              TIME:   10:28 A.M.


         EXAMINATION BEFORE TRIAL of the
Defendant, FRANK R. SEDDIO, taken by the
Plaintiffs, held at the offices of 1155 Avenue
of the Americas in New York, New York, before
Eileen Monteagudo, a Notary Public of the State
of New York.

Frank R. Seddio - June 22, 2026

5 (Pages 14 to 17)

Page 14

FRANK SEDDIO

A.    I believe so, yes.

Q.    And which -- what were the documents that reminded you?

A.    I don't remember.

Q.    Okay.

A.    We went over about 50 documents, so --

Q.    And did every document you reviewed have a Bates number in the bottom right corner?

A.    I didn't notice if it did.

Q.    Okay.  Do you -- are you a member of any sort of joint defense agreement with respect to the federal action?

A.    I'm not.  What does that mean?

Q.    Have you entered any sort of joint defense agreement with any of the other defendants named in this case?

A.    No.

Q.    And have you filed any claims in any court against any of the other defendants in this case?

A.    No.  Not at this time anyway.

Q.    All right.  Are you planning to

Page 15

FRANK SEDDIO

bring an action against any of the other defendants in this case?

A.    Well, I'm intending to see what the circumstances are.  And then once I'm, uh, they're -- we're fully aware of them and they're finalized, probably yes.

Q.    But at this point, you don't have a specific claim in mind against any of the other defendants?

A.    Not at this time.  I'm aware of certain circumstances that I believe should be addressed, but I don't believe it's the appropriate time to do it.  I got to get through the issue.

Q.    Okay.  And you haven't moved, obviously, to file a third-party complaint against any other party?

A.    No.

Q.    During your prep session 10 days ago, did you take any notes?

A.    No.

Q.    During your prep session yesterday, did you take any notes?

A.    No.

Page 16

FRANK SEDDIO

Q.    Have you spoken with anyone other than Mr. Miletti about your deposition today?

A.    No.

Q.    When was the last time you spoke to Sam Sprei?

A.    About three, uh, maybe, uh, late -- early last week when he -- in -- he informed me that he's, uh, attempting to get funds together to resolve this matter.

Q.    And --

A.    That was the second time I spoke to him about that --

Q.    Okay.

A.    -- in the case.

Q.    And so when you say funds together to resolve this matter, you were talking to Mr. Sprei about making a potential settlement offer to the plaintiffs?

A.    He was telling me he's making a potential settlement offer.  He's attempting to do that.

Q.    And you don't have any objection to Mr. Sprei trying to resolve this matter on your behalf?

Page 17

FRANK SEDDIO

A.    He began the whole problem.  So he might be the -- should be the person to settle it.

Q.    And so it's fair to say that you remain in contact with Mr. Sprei even today?

A.    Only -- uh, only if he contacts me.

Q.    But --

A.    And that's the only contact I had, uh, with him in -- I can't remember the last time.

Q.    But you do accept Mr. Sprei's calls when he calls you?

A.    No.  I -- I -- he'll call me a few times, and when I see it's more than one, so I'll respond, and it's only about -- it'll only be about that.  The -- the only conversation I'll have with him is about that.

We have a number of cases that we are in the process of, um, removing ourselves from that are Mr. Sprei's, and I do speak to him about those cases as they come up and they're -- we have to go before the Court to, uh, to address the issue of withdrawal.  And I

95 (Pages 374 to 377)

Page 374

E X H I B I T S
(continued)

| 21 | Stipulation filed where Mr. Seddio and Mr. Gorkin agreed to extend Justice Mostofsky's deposit deadline | 241 |
| 22 | A letter filed by Mr. Seddio under his letterhead at NYSCEF 61 in the state court matter | 256 |
| 23 | E-mail from Mr. Sprei to Stanley Grulon | 265 |
| 24 | Mr. Seddio's letter to Justice Mostofsky | 267 |
| 25 | A letter filed by Ms. Zimmerman on the state court action docket on August 12th, 2025 at NYSCEF 71 | 281 |
| 26 | E-mail that was produced by Mr. Seddio with Bates Seddio_0001684 | 286 |
| 27 | Interim order issued by Justice Monteleone in the state court action at NYSCEF 81 | 289 |
| 28 | E-mail Mr. Sprei sent to | 294 |

Page 375

E X H I B I T S
(continued)

|    | Mr. Nasarelli on November 3rd, 2025 |     |
| 29 | Notice of discontinuance of the state court action filed on November 5th, 2025 | 313 |
| 30 | A letter filed alongside the notice of the discontinuance at NYSCEF 84 | 317 |
| 31 | A letter filed by Mr. Seddio to Justice Monteleone | 346 |
| 32 | E-mail sent from Brooke Lyn Sicignano to Mr. Sprei on January 9th, 2026 | 357 |
| 33 | Addendum signed by Mr. Sprei on February 26, 2026 | 367 |

(Exhibits retained by Counsel.)

Page 376

I N D E X

EXAMINATION BY                          PAGE
LAUREN ZIMMERMAN, ESQ.                   5


     INFORMATION AND/OR DOCUMENTS REQUESTED
INFORMATION AND/OR DOCUMENTS            PAGE
(None)


     QUESTIONS MARKED FOR RULINGS
PAGE LINE   QUESTION
(None)

Page 377

C E R T I F I C A T E

STATE OF NEW YORK      )
                       : SS.:
COUNTY OF SUFFOLK      )

     I, EILEEN MONTEAGUDO, a Notary Public for and within the State of New York, do hereby certify:
     That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.
     I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.
     IN WITNESS WHEREOF, I have hereunto set my hand this 22nd day of June 2026.


                    _Eileen Monteagudo_
                    EILEEN MONTEAGUDO