UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANGELOS METAXAS and PERTSHIRE
INVESTMENTS LP,

        Plaintiffs,

      v.

MARK DAVID GRAUBARD, ESQ. d/b/a M.
DAVID GRAUBARD, YESCHIEL SHIMON
"SAM" SPREI, FRANK R. SEDDIO, ESQ.,
JONATHAN RUBIN, and CHASKEL FRANKL

        Defendants.

Case No. 1:25-CV-05844-EK-PCG

**REQUEST FOR CLERK'S
CERTIFICATE OF DEFAULT**

---

TO:   BRENNA B. MAHONEY
       UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendant Yeschiel Shimon "Sam" Sprei, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1(a), for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Lauren J. Zimmerman.

                          Respectfully submitted,

Dated: August 12, 2026

                          /s/ *Lauren J. Zimmerman*
                          Lauren J. Zimmerman
                          Eileen DeLucia
                          Babak Ghafarzade
                          BENESCH FRIEDLANDER COPLAN &
                          ARONOFF LLP
                          1155 Avenue of the Americas, Floor 26
                          New York, NY 10036
                          Tel: (646) 356-6023
                          lzimmerman@beneschlaw.com
                          edelucia@beneschlaw.com
                          bghafarzade@beneschlaw.com

Jennifer M. Selendy
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
jselendy@selendygay.com
*Attorney for Plaintiffs Angelos Metaxas and Pertshire Investments LP*