UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANGELOS METAXAS and PERTSHIRE
INVESTMENTS LP,

                    Plaintiffs,

          v.

MARK DAVID GRAUBARD, ESQ. d/b/a M.
DAVID GRAUBARD, YESCHIEL SHIMON
"SAM" SPREI, FRANK R. SEDDIO, ESQ.,
JONATHAN RUBIN, and CHASKEL FRANKL

                    Defendants.

Case No. 1:25-CV-05844-EK-PCG

**[PROPOSED] CLERK'S
CERTIFICATE OF DEFAULT**

        I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern

District of New York, do hereby certify that the defendant Yeschiel Shimon "Sam" Sprei has not

filed an answer or otherwise defended with respect to the complaint herein.  The default of

Defendant Yeschiel Shimon "Sam" Sprei is hereby noted pursuant to Rule 55(a) of the Federal

Rules of Civil Procedure.

Dated: _____                              BRENNA B. MAHONEY, Clerk of Court


                                        _____