ANGELOS METAXAS and PERTSHIRE INVESTMENTS LP,

        Plaintiffs,

        v.

MARK DAVID GRAUBARD, ESQ. d/b/a M. DAVID GRAUBARD, YESCHIEL SHIMON "SAM" SPREI, FRANK R. SEDDIO, ESQ., JONATHAN RUBIN, and CHASKEL FRANKL

        Defendants.

Case No. 1:25-CV-05844-EK-PCG

**AFFIRMATION OF SERVICE**

I, Lauren J. Zimmerman, declare under penalty of perjury that a copy of Plaintiffs' Request for Clerk's Certificate of Default, supporting affirmation of Lauren J. Zimmerman, and proposed Clerk's Certificate of Default upon Yeschiel Shimon "Sam" Sprei was mailed to his last known address, 1362 54th Street, Apt. 3F, Brooklyn, NY 11219.

Dated: August 12, 2026

/s/ *Lauren J. Zimmerman*
Lauren J. Zimmerman
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Tel: (646) 356-6023
lzimmerman@beneschlaw.com