EMOUNA & MIKHAIL, P.C.
ATTORNEYS AT LAW

**Matin Emouna**
*Admitted in NY, NJ & CT*
memouna@emiklaw.com

**CONFIRMATION OF TIMELY SANCTION PAYMENT AND REQUEST TO EXCUSE DELAYED ECF FILING**

August 15, 2026

Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
United States District Court-EDNY
225 Cadman Plaza East, Room 1230
Brooklyn, NY 11201

Re: *Metaxas, et al. v. Graubard, et al.*
Case No. 1:25 cv 05844-EK-PCG

Dear Judge Cross-Goldenberg:

Pursuant to the Court's August 12, 2026 Order, undersigned counsel respectfully submits this letter to confirm that Defendant Yeschiel Shimon "Sam" Sprei timely paid the $10,000 monetary sanction to the Clerk of Court on Friday, August 14, 2026, within the time directed by the Court.

I respectfully apologize that the formal confirmation was not docketed through ECF on August 14 as directed. I am currently traveling outside the United States and encountered unexpected firewall and security restrictions that prevented remote access to the ECF system. The delay was solely technical and was not the result of any disregard of the Court's Order.

Recognizing the importance of the Court's deadline, I did not simply await restoration of ECF access. On August 14, I promptly notified the Court and all counsel of record by email that Mr. Sprei had made the required $10,000 payment and provided both the proposed formal confirmation letter and proof of deposit. Shortly thereafter, upon learning that my initial correspondence inadvertently referenced August 13 rather than August 14 as the date of payment, I immediately sent a second email correcting the record and advising that the payment was made on August 14, 2026.

The technical impediment that prevented the ECF filing has now been resolved, and I am therefore filing this letter at the earliest opportunity to ensure that the docket accurately reflects both Mr. Sprei's timely payment and counsel's compliance efforts.

I respectfully request that the Court excuse the delayed ECF filing under these circumstances and deem the August 14 notice, followed by this formal docket submission, sufficient compliance with the Court's directive requiring counsel to confirm payment. Most importantly, the underlying monetary obligation itself was satisfied timely in accordance with the Court's Order.

I sincerely regret that the technical issue required the Court and counsel to receive the initial notice by email rather than through ECF. I take the Court's Orders and my obligations as an officer of the Court with the utmost seriousness and respectfully assure the Court that no disrespect or disregard was intended.

The Court's time, consideration, and understanding are sincerely appreciated.

Respectfully submitted,

*Matin Emouna*

MATIN EMOUNA