# Exhibit A

**KENNETH J. GLASSMAN**
**Attorney at Law**
**7 Penn. Plaza-Suite 310**
**New York, N.Y. 10001**
**Tel:(212) 213-2510**
**Fax: (212) 213-2523**
E-mail KJG3007@AOL.COM

KENNETH J. GLASSMAN

August 19, 2026

**Via NYSCEF Only**
Hon. Timothy S. Driscoll
100 Supreme Court Drive
Mineola, NY 11552

Re: Oakford Management LLC. vs Wachtler, *et.al.*
Index No. 610915/2025

Dear Honorable Justice Driscoll:

I have been asked to write this letter seeking a brief adjournment of the upcoming status conference, currently scheduled for Friday, August 21, 2026 at 11:00am.

Approximately three weeks ago, Plaintiffs entered into a Confidential Settlement Agreement with Sam Sprei. The Settlement Agreement provides for Mr. Sprei to make 17 payments to Plaintiffs. The first payment was made, leaving 16 monthly payments. The last payment is due December, 2027.

The Settlement Agreement provides for the Plaintiffs and the Defendants in the main action, as well as the Third Party Action, to enter into a Standstill Agreement. The parties should complete the agreement shortly. During a zoom conference call earlier today, Ed King stated he would not join in any standstill agreement. The remaining parties need some additional time to resolve this issue.

With the Court's permission, we would like to adjourn Friday's conference to September 3rd at 2:00pm,. or any other date and time convenient to the Court.

Sincerely,
*Kenneth J. Glassman*
KENNETH J. GLASSMAN

cc: Via NYSCEF Only