EMOUNA & MIKHAIL, P.C.
ATTORNEYS AT LAW

**Matin Emouna**
*Admitted in NY, NJ & CT*
*memouna@emiklaw.com*

August 26, 2026

Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
United States District Court-EDNY
225 Cadman Plaza East, Room 1230
Brooklyn, NY 11201

Re: *Metaxas, et al. v. Graubard, et al.*
Case No. 1:25 cv 05844

Dear Judge Cross-Goldenberg:

I write on behalf of Defendant Yeschiel Shimon "Sam" Sprei in response to Plaintiffs' August 25, 2026 letter (ECF No. 192). Defendant fully recognizes the seriousness of the Court's prior Orders and does not seek to revisit the Court's determinations concerning his discovery compliance. Plaintiffs correctly note that no supplemental production has been made since July 29.

Upon returning from previously scheduled travel, undersigned counsel promptly contacted Plaintiffs' counsel and requested a meet-and-confer concerning the outstanding discovery. I am grateful to Plaintiffs' counsel for the professional courtesies extended during my travel and for promptly responding to that request.

**PLAINTIFFS HAVE IDENTIFIED THREE IMMEDIATE ISSUES**

Plaintiffs' counsel has now identified three threshold matters for resolution: (1) supplementation of Defendant's privilege log; (2) production of banking records for Mr. Sprei, Olden Group LLC, and Surf 9 LLC; and (3) production of the financial and asset-related materials referenced in Defendant's July 29 interrogatory responses, including records concerning the identified entities and real property.

With respect to the privilege log, undersigned counsel recognizes the Court's directive and will prioritize its review and supplementation. With respect to the remaining categories, undersigned counsel has again communicated to Mr. Sprei the necessity of obtaining and producing the responsive records, including directly from the relevant financial institutions where necessary. Any responsive, nonprivileged materials provided to counsel will be reviewed and produced promptly rather than held pending completion of the entire supplemental production.

**THE PARTIES SHOULD BE AFFORDED A BRIEF OPPORTUNITY TO ADDRESS THE OUTSTANDING ISSUES**

Defendant understands that the Court expects compliance rather than further argument concerning compliance. Against that backdrop, and particularly given Plaintiffs' identification today of the foregoing threshold issues, Defendant respectfully submits that a show-cause hearing contemplating civil commitment would be premature at this juncture.

Mr. Sprei timely paid the $10,000 monetary sanction previously directed by the Court, as Plaintiffs acknowledge. Undersigned counsel is now focused on the specific deficiencies identified by Plaintiffs and respectfully requests a brief opportunity to address those matters before the Court considers the extraordinary additional coercive relief requested.

**REQUEST FOR SEPTEMBER 8 STATUS UPDATE**

Defendant respectfully requests permission to provide the Court with a further status report on or before September 8, 2026, addressing the status of the privilege log, the additional document production, and the parties' meet-and-confer efforts. This short period will permit undersigned counsel to address the matters within counsel's control, continue working with Mr. Sprei concerning the records that must be obtained from him or third parties, and confer meaningfully with Plaintiffs' counsel concerning any remaining deficiencies.

Undersigned counsel sincerely appreciates the Court's continued patience and attention to this matter and the professional courtesies extended by Plaintiffs' counsel. Defendant recognizes the seriousness of the Court's Orders and respectfully requests this brief opportunity to address the identified deficiencies before further coercive relief is considered.

Respectfully submitted,

*Matin Emouna*

Matin Emouna