# Exhibit 3




Presented by

VOLPE | KELLY

THE VOLPE | KELLY TEAM
AT THE CORCORAN GROUP

PENGAD 800-631-6989
EXHIBIT
Sprei 5
7/16/26




## FOR SALE

# 287-299 McGuinness Blvd
# The Wexford

30-UNIT RESIDENTIAL BUILDING
GREENPOINT, BROOKYLN, NY 11222

- Fully Occupied
- Abated in 2026, 100% Free Market in 2027
- Central Greenpoint Location

| BUILDING INFORMATION | |
|---|---|
| **Block/Lot:** | 02541-0030/33/36 |
| **Lot Dimensions:** | 200' x 35' |
| **Lot Size:** | 7,000' |
| **Gross Square Footage:** | 28,980' |
| **# of Floors:** | 4 |
| **Building Classification:** | C1 |
| **Zoning:** | R6A |
| **FAR Commercial:** | 3 |
| **FAR Residential:** | 3 |
| **FAR as-built:** | 4.02 |
| **Unused FAR:** | -7,990' |
| **2026 Abated Taxes:** | $256,596.92 |
| **2026 Un-abated Taxes:** | $318,881.35 |
| **Landmarks:** | None |

**ASKING PRICE: $21,000,000**
**CAP RATE: 5.46%**

### THE OPPORTUNITY

The Corcoran Group has been retained exclusively to market for sale 287-299 McGuinness Boulevard, a 2009 ground-up rental assemblage that is comprised of three consecutive buildings and totals thirty units. The units range from 1 bedrooms up to 5 bedrooms and enjoy central air, home offices, and outdoor space. This opportunity is unique, as this building is being offered at a nearly 5.5% caprate as calculated from the current taxes. A savvy investor will purchase this tax-abated building and within a year be the owner of 30 free market units that bring in close to market rate rents. There is room for capital improvement and higher rents, which makes this an even smarter investment.

### TAX ABATED RENTAL BUILDING

The 15-year, uncapped 421A tax exemption is currently on it's final year. Upon expiring, the building will transition from 100% rent stabilized to 100% free market.

### MODERN BUILDING

The Wexler offers tenants modern finishes as well as a superb Greenpoint location. Every unit comes with central air, modern stainless-steel kitchens, washing machines, oversize windows, and hardwood floors.

### PRIME GREENPOINT LOCATION

The property is a 5-minute walk to the Greenpoint G train as well as a 15-minute walk to the East River Ferry Dock. Restaurants, Art Galleries, Photo Studios, and Breweries are a few things found nearby.

### FULLY LEASED WITH ROOM FOR UPSIDE

All residential units are leased at roughly $72 PSFR, which is below the area average for newer buildings.

### FUTURE CAPITAL IMPROVEMENTS FOR MARKET RATE RENTALS

There is room for capital improvements around the building, which would justify an increase in rental rates and an even better cap rate.

# 287-299 McGuinness Boulevard

## FINANCIAL SUMMARY

| 287 MCGUINESS - REVENUE - RESIDENTIAL | | | | |
|---|---|---|---|---|
| Apartment | Type | | Monthly Rent | Yearly Rent |
| 1A | 1 + Home Office | 421a | $3,500 | $42,000 |
| 1B | 2 + Home Office | 421a | $3,229 | $38,746 |
| 1C | 3 | 421a | $3,205 | $38,458 |
| 2A | 4 | 421a | $4,349 | $52,190 |
| 2B | 5 + Home Office | 421a | $6,500 | $78,000 |
| 3A | 4 | 421a | $3,629 | $43,548 |
| 3B | 5 + Home Office | 421a | $6,800 | $81,600 |
| 4A | 4 | 421a | $4,418 | $53,019 |
| 4B | 2 + Home Office | 421a | $3,800 | $45,600 |
| 4C | 2 | 421a | $3,278 | $39,338 |
| **293 MCGUINESS - REVENUE - RESIDENTIAL** | | | | |
| Apartment | Type | | Monthly Rent | Yearly Rent |
| 1A | 1 + Home Office | 421a | $3,175 | $38,100 |
| 1B | 1 + Home Office | 421a | $3,049 | $36,589 |
| 1C | 2 + Home Office | 421a | $2,558 | $30,694 |
| 2A | 4 + Home Office | 421a | $6,300 | $75,600 |
| 2B | 5 + Home Office | 421a | $6,800 | $81,600 |
| 3A | 4 + Home Office | 421a | $6,574 | $78,892 |
| 3B | 5 + Home Office | 421a | $6,695 | $80,340 |
| 4A | 4 | 421a | $5,632 | $67,586 |
| 4B | 3 + Home Office | 421a | $4,286 | $51,432 |
| 4C | 2 | 421a | $3,236 | $38,829 |
| **299 MCGUINESS - REVENUE - RESIDENTIAL** | | | | |
| Apartment | Type | | Monthly Rent | Yearly Rent |
| 1A | 2 + Home Office | 421a | $3,050 | $36,600 |
| 1B | 2 | 421a | $2,848 | $34,176 |
| 1C | 2 + Home Office | 421a | $3,699 | $44,388 |
| 2A | 5 + Home Office | 421a | $6,502 | $78,027 |
| 2B | 4 + Home Office | 421a | $5,800 | $69,600 |
| 3A | 5 + Home Office | 421a | $7,200 | $86,400 |
| 3B | 4 + Home Office | 421a | $4,971 | $59,652 |
| 4A | 2 + Home Office | 421a | $3,236 | $38,829 |
| 4B | 2 + Home Office | 421a | $3,340 | $40,080 |
| 4C | 3 | 421a | $4,224 | $50,685 |

| | |
|---|---|
| Unit Total | 30 |
| Total (monthly) | $135,778 |
| Total (yearly) | $1,629,330 |
| Total Projected Income | $1,629,330 |
| Vacancy Adjustment | $81,467 (5%) |
| Effective Gross Income | $1,547,864 |

# 287-299 McGuinness Boulevard

## FINANCIAL SUMMARY

| EXPENSES (YEARLY ESTIMATED) | | |
|---|---|---|
| **Yearly Residential Expenses** | **Pro Forma** | **$ / Unit** |
| Real Estate Taxes | $256,597 | $8,553 |
| Insurance | $26,250 | $875 |
| Management Fee | $46,436 | 3.00% |
| General & Administrative | $2,500 | $83 |
| Advertising & Marketing | $2,000 | $67 |
| Payroll | $15,000 | $500 |
| Electricity | $7,756 | $259 |
| Water & Sewer | $18,000 | $600 |
| Contract Services | $5,000 | $167 |
| Repairs & Maintenance (Residential) | $15,000 | $500 |
| Replacement Reserves (Residential) | $7,500 | $250 |
| | **Proforma total:** | $402,039 |
| | **$ / Unit total:** | $13,401.30 |

ASKING
$21,000,000

NET OPERATING INCOME
$1,145,825

CAP RATE
5.46%

# Neighborhood Spotlight

## GREENPOINT BROOKLYN

### ONE OF NEW YORK'S MOST SUPPLY-CONSTRAINED, RENT-RESILIENT NEIGHBORHOODS.

Greenpoint has quietly become one of the strongest-performing rental submarkets in New York City. Once defined by its Polish heritage and waterfront industry, the neighborhood has transformed over the past decade into a destination for creatives, young professionals, and families priced out of Williamsburg without losing the low-rise, walkable character that makes it desirable in the first place.

For investors, the fundamentals are difficult to replicate elsewhere in the borough: limited new supply, sustained rent growth, and a tenant base with the income to absorb free-market pricing.

### WHY GREENPOINT, WHY NOW

**Rent growth outpacing the borough.** Median asking rents in Greenpoint have climbed steadily year over year, consistently tracking above the broader Brooklyn average. New free-market product in the submarket is leasing at a meaningful premium to in-place rents at The Wexford — underscoring the upside built into this offering.

**Constrained pipeline.** The 2021 McGuinness Boulevard rezoning conversations and Greenpoint's predominantly low-rise zoning (R6A and below across most of the neighborhood) limit large-scale new development. New rental supply is arriving slowly, protecting existing assets from lease-up competition.

**Waterfront transformation, still underway.** The Greenpoint Landing and Huron Street developments continue to bring thousands of new residents, ground-floor retail, and public waterfront access — lifting the entire neighborhood's profile and pushing demand inland toward corridors like McGuinness.

**Transit and connectivity.** The G train at Greenpoint Avenue, the NYC Ferry's Greenpoint landing, and the forthcoming Interborough Express (IBX) all converge to make this one of the most connected outer-borough neighborhoods in the city.

### THE TENANT BASE

Greenpoint draws a tenant profile that pays and renews. The neighborhood skews toward college-educated renters in their late 20s through 40s, with strong representation from creative industries, tech, finance, and media. Median household incomes in the surrounding tracts comfortably support free-market rents in the $3,000–$7,000 range, which is exactly the band The Wexford operates in.









## LIFESTYLE & AMENITIES

Within a 10-minute walk of 287–299 McGuinness:

- Dining & Drink: Oxomoco, Sereneco, Chez Ma Tante, Diamond Bar, Brouwerij Lane, Anella, Glasserie, STOWAWAY
- Coffee & Daily Goods: Coffee Check, Café Grumpy, Variety Coffee, Oddfox
- Culture & Retail: Nordic-inspired boutiques along Franklin Street, Word Bookstore, Alter, Seret Studios
- Outdoors: McCarren Park, McGolrick Park, the WNYC Transmitter Park esplanade, and the East River waterfront

## THE TAKEAWAY

Greenpoint offers what sophisticated multifamily investors look for: durable demand, supply discipline, an income-qualified tenant base, and a pipeline of public and private investment that continues to lift the floor. The Wexford's transition to 100% free market in 2027 places this asset directly in the path of that growth.




### FOOD & DRINK

1. Milk & Roses
2. Wenwen
3. Bakeri
4. Radio Bakery
5. Eagle Trading Company
6. Hana Makgeolli Brewery & Tasting Room

### ARTS & CULTURE

7. The Greenpoint Gallery
8. Rollin Studios
9. The Program NYC

### HOSPITALITY

10. The Box House Hotel

### PARKS & OUTDOORS

11. WNYC Transmitter Park
12. Newtown Creek Nature Walk

### TRANSPORTATION

13. Greenpoint Av (G train)
14. Greenpoint (NYC Ferry landing)

### SCHOOLS & FAMILY

15. P.S. 031 Samuel F. Dupont
16. The Goddard School of Greenpoint
17. Building Blocks of Greenpoint

SCAN TO VIEW OUR INTERACTIVE MAP












**THE VOLPE | KELLY TEAM AT THE CORCORAN GROUP**

*corcoran*



**Eric Volpe**
Licensed Associate Real Estate Broker
o 718.715.7000 | m 646.400.2078
eric.volpe@corcoran.com

**Andrea Kelly**
Licensed Real Estate Salesperson
o 718.715.7000 | m 540.907.5914
andrea.kelly@corcoran.com

Real estate agents affiliated with The Corcoran Group are independent contractor sales associates and are not employees of The Corcoran Group. The Corcoran Group is a licensed real estate broker located at 590 Madison Ave, NY, NY 10022. All information furnished regarding property for sale or rent or regarding financing is from sources deemed reliable, but Corcoran makes no warranty or representation as to the accuracy thereof. Buyer's Brokerage Compensation not valid unless confirmed in writing by applicable parties. All property information is presented subject to errors, omissions, price changes, changed property conditions, and withdrawal of the property from the market, without notice. Equal Housing Opportunity. All dimensions provided are approximate. To obtain exact dimensions, Corcoran advises you to hire a qualified architect or engineer.