# Exhibit 5

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2025030400766001001E1FA3

**RECORDING AND ENDORSEMENT COVER PAGE** **PAGE 1 OF 6**

**Document ID: 2025030400766001** Document Date: 02-28-2025 Preparation Date: 03-04-2025
Document Type: DEED
Document Page Count: 4

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| CROSSBRIDGE TITLE<br>4667 ROUTE NINE NORTH<br>CBT21004<br>HOWELL, NJ 07731<br>732-554-8800<br>NYRECORDING@CROSSBRIDGETITLE.COM | 287 PROP LLC<br>ONE METROTECH CENTER SUITE 1803<br>NEW YORK, NY 10017 |

**PROPERTY DATA**

| **Borough** | **Block** | **Lot** | | **Unit** | **Address** |
|---|---|---|---|---|---|
| BROOKLYN | 2541 | 30 | Entire Lot | | 299 MCGUINNESS BOULEVARD |

**Property Type:** APARTMENT BUILDING

| **Borough** | **Block** | **Lot** | | **Unit** | **Address** |
|---|---|---|---|---|---|
| BROOKLYN | 2541 | 33 | Entire Lot | | 293 MCGUINNESS BOULEVARD |

**Property Type:** APARTMENT BUILDING

☒ Additional Properties on Continuation Page

**CROSS REFERENCE DATA**

CRFN_______ *or* DocumentID________ *or* _______ Year_____ Reel____ Page_____ *or* File Number__________

**PARTIES**

| **GRANTOR/SELLER:** | **GRANTEE/BUYER:** |
|---|---|
| 287A MCGUINNESS HOLDING LLC<br>C/O: THE COMMUNITY PRESERVATION CORPORATION, 220 E 42ND ST<br>NEW YORK, NY 10017-5835 | 287 PROP LLC<br>1 METROTECH CTR<br>BROOKLYN, NY 11201-3948 |

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| **Mortgage :** | | |
|---|---|---|
| Mortgage Amount: | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 |
| Exemption: | | |
| TAXES: County (Basic): | $ | 0.00 |
| City (Additional): | $ | 0.00 |
| Spec (Additional): | $ | 0.00 |
| TASF: | $ | 0.00 |
| MTA: | $ | 0.00 |
| NYCTA: | $ | 0.00 |
| Additional MRT: | $ | 0.00 |
| TOTAL: | $ | 0.00 |
| Recording Fee: | $ | 63.00 |
| Affidavit Fee: | $ | 0.00 |

| | | |
|---|---|---|
| Filing Fee: | $ | 250.00 |
| NYC Real Property Transfer Tax: | $ | 292,687.50 |
| NYS Real Estate Transfer Tax: | $ | 72,477.50 |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed 03-04-2025 16:21
City Register File No.(CRFN):
**2025000060938**

*Colette McCain-Jacques*

***City Register Official Signature***

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2025030400766001001C1D23

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)** **PAGE 2 OF 6**

**Document ID: 2025030400766001** Document Date: 02-28-2025 Preparation Date: 03-04-2025
Document Type: DEED

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 2541 | 36 Entire Lot | | 287 MCGUINNESS BOULEVARD |

**Property Type:** APARTMENT BUILDING

**PARTIES**

**GRANTOR/SELLER:**
293 MCGUINNESS HOLDING LLC
C/O: THE COMMUNITY PRESERVATION
CORPORATION, 220 E 42ND ST
NEW YORK, NY 10017-5835

**GRANTOR/SELLER:**
299 MCGUINNESS HOLDING LLC
C/O:THE COMMUNITY PRESERVATION
CORPORATION, 220 E 42ND ST
NEW YORK, NY 10017-5835

# Quitclaim Deed

THIS INDENTURE, dated as of February 18, 2025

BETWEEN

287A MCGUINNESS HOLDING LLC ("287A Grantor"), 293 MCGUINNESS HOLDING LLC ("293 Grantor"). and 299 MCGUINNESS HOLDING LLC ("299 Grantor"; and together with 287A Grantor and 293 Grantor, individually and collectively, as the context may require, "Grantor"), each a New York limited liability company, and each having an address at c/o The Community Preservation Corporation, 220 East 42nd Street, New York, New York 10017,

party of the first part, and

287 PROP LLC, a New York limited liability company, having an address at One Metrotech Center, Suite 1803, Brooklyn NY 11201,

party of the second part;

**WITNESSETH**, that the party of the first part, in consideration of ten ($10.00) dollars paid by the party of the second part, does hereby release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece of, or parcel of land, with the buildings and improvements thereon erected, situate, lying, and being in the County of Kings, State of New York, and more particularly described in Exhibit A attached hereto,

**TOGETHER** with all right, title, and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof,

**TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

**TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever, subject to all covenants, conditions, restrictions, easements, liens, and encumbrances of record as of the date hereof,

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose,

The word "party" shall be so construed as if it read "parties" whenever the sense of this indenture so requires.

[SIGNATURE PAGE FOLLOWS]

# EXHIBIT A

Legal Description

**As to Lot 30**:

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the southerly side of India Street and the westerly side of McGuinness Boulevard, formerly known as Oakland Street (as widened, 100 feet);

RUNNING THENCE westerly along the southerly side of India Street, 35.00 feet;

THENCE southerly and parallel with McGuinness Boulevard 62.00 feet;

THENCE easterly and parallel with India Street, 35.00 feet to the present westerly side of McGuinness Boulevard;

THENCE northerly along the westerly side of McGuinness Boulevard, 62.00 feet to the southerly side of India Street, the point or place of BEGINNING.

NOTE: Being Block(s) 2541, Lot(s) 30, Tax Map of the Borough of Brooklyn, County of Kings.

**As to Lot 33**:

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point 62 feet south from the corner formed by the intersection of the southerly side of India Street and the westerly side of McGuinness Boulevard, formerly known as Oakland Street (as widened, 100 feet);

RUNNING THENCE westerly and parallel to the southerly side of India Street, 35.00 feet;

THENCE southerly and parallel with McGuinness Boulevard 76.00 feet;

THENCE easterly and parallel with India Street, 35.00 feet to the present westerly side of McGuinness Boulevard;

THENCE northerly along the westerly side of McGuinness Boulevard, 76.00 feet to the point or place of BEGINNING.

NOTE: Being Block(s) 2541, Lot(s) 33, Tax Map of the Borough of Brooklyn, County of Kings.

**As to Lot 36**:

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of Java Street and the westerly side of McGuinness Boulevard, formerly known as Oakland Street (as widened, 100 feet);

RUNNING THENCE westerly along the northerly side of Java Street, 35.00 feet;

THENCE northerly and parallel with McGuinness Boulevard 62.00 feet;

THENCE easterly and parallel with Java Street, 35.00 feet to the westerly side of McGuinness Boulevard;

THENCE southerly along the westerly side of McGuinness Boulevard, 62.00 feet to the northerly side of Java Street, to the point or place of BEGINNING.

NOTE: Being Block(s) 2541, Lot(s) 36, Tax Map of the Borough of Brooklyn, County of Kings.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed as of the date first above written.

IN PRESENCE OF:

GRANTOR:

287A MCGUINNESS HOLDING LLC, a New York limited liability company

By: Daniel Wheeler
Name: Daniel Wheeler
Title: Authorized Signatory

293 MCGUINNESS HOLDING LLC, a New York limited liability company

By: Daniel Wheeler
Name: Daniel Wheeler
Title: Authorized Signatory

299 MCGUINNESS HOLDING LLC, a New York limited liability company

By: Daniel Wheeler
Name: Daniel Wheeler
Title: Authorized Signatory

STATE OF NEW YORK )
) ss:
COUNTY OF New York )

On the 12th day of February in the year 2025 before me, the undersigned, personally appeared Daniel Wheeler, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

MEGAN PERAINO
Notary Public, State of New York
No. 01PE6387324
Qualified in New York County
Commission Expires August 21, 2027

NOTARY PUBLIC

[Signature Page to Quitclaim Deed]

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2025030400766001001SD122

**SUPPORTING DOCUMENT COVER PAGE** **PAGE 1 OF 1**

**Document ID: 2025030400766001** Document Date: 02-28-2025 Preparation Date: 03-04-2025
Document Type: DEED

**ASSOCIATED TAX FORM ID:** 2025021200146

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 2 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 3 |
| SMOKE DETECTOR AFFIDAVIT | 3 |

The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

# Customer Registration Form for Water and Sewer Billing

## Property and Owner Information:

(1) Property receiving service: BOROUGH: BROOKLYN BLOCK: 2541 LOT: 30

(2) Property Address: 299 MCGUINNESS BOULEVARD, BROOKLYN, NY 11222

(3) Owner's Name: 287 PROP LLC

Additional Name:

## ffirmation:

☑ Your water & sewer bills will be sent to the property address shown above.

## ustomer Billing Information:

**Please Note:**

**A.** Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

**B.** Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## wner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above, that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information", and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: Jonathan Rubin

Signature: Jonathan RR ________ Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner if applicable:

SEE ATTACHED PAGE FOR ADDITIONAL APPLICABLE PROPERTIES

S-7CRF-ACRIS REV. 8/08

2025021200146101

The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

# Customer Registration Form for Water and Sewer Billing

| Borough | Block | Lot | City | State | Zip |
|---|---|---|---|---|---|
| BROOKLYN | 2541 | | NY | NY | |
| BROOKLYN | 2541 | | NY | | |

FOR CITY USE ONLY
C1. County Code | | C2. Date Deed Recorded | Month / Day / Year |
C3. Book | | C4. Page | |
OR
C5. CRFN | |

# REAL PROPERTY TRANSFER REPORT

STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

## RP - 5217NYC

PROPERTY INFORMATION

1. Property Location: 299 MCGUINNESS BOULEVARD | BROOKLYN | 11222

2. Buyer Name: 7 PROP LLC

3. Tax Billing Address:

4. Indicate the number of Assessment Roll parcels transferred on the deed: 3 # of Parcels OR [ ] Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC
Check the boxes below as they apply:
6. Ownership Type is Condominium [ ]
7. New Construction on Vacant Land [ ]

8. Seller Name: 287A MCGUINNESS HOLDING LLC
NAME / COMPANY
293 MCGUINNESS HOLDING LLC

9. Check the box below which most accurately describes the use of the property at the time of sale:

| | | | | | |
|---|---|---|---|---|---|
| A [ ] One Family Residential | C [ ] Residential Vacant Land | E [✔] Commercial | G [ ] Entertainment / Amusement | I [ ] Industrial | |
| B [ ] 2 or 3 Family Residential | D [ ] Non-Residential Vacant Land | F [ ] Apartment | H [ ] Community Service | J [ ] Public Service | |

SALE INFORMATION

10. Sale Contract Date: 2 / 12 / 2025 (Month / Day / Year)

11. Date of Sale / Transfer: 2 / 18 / 2025 (Month / Day / Year)

12. Full Sale Price $ 1,150,000

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations ) *Please round to the nearest whole dollar amount*

13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:
A [ ] Sale Between Relatives or Former Relatives
B [ ] Sale Between Related Companies or Partners in Business
C [ ] One of the Buyers is also a Seller
D [ ] Buyer or Seller is Government Agency or Lending Institution
E [ ] Deed Type not Warranty or Bargain and Sale (Specify Below )
F [ ] Sale of Fractional or Less than Fee Interest ( Specify Below )
G [ ] Significant Change in Property Between Taxable Status and Sale Dates
H [ ] Sale of Business is Included in Sale Price
I [ ] Other Unusual Factors Affecting Sale Price ( Specify Below )
J [✔] None

ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class C 1

16. Total Assessed Value (of all parcels in transfer) 2,373,668

17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )

BROOKLYN 2541 30 BROOKLYN 2541 33 BROOKLYN 2541 36

2025021200146201 04

CERTIFICATION

**I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.**

**BUYER** | **BUYER'S ATTORNEY**

1 METROTECH CTR

BROOKLYN NY 11201-3948

**SELLER**

2025021200146201

SIGNATURE:

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

SELLER:

287A MCGUINNESS HOLDING LLC,
a New York limited liability company

By: ______________________
Name: Daniel Wheeler
Title: Authorized Signatory

293 MCGUINNESS HOLDING LLC,
a New York limited liability company

By: ______________________
Name: Daniel Wheeler
Title: Authorized Signatory

299 MCGUINNESS HOLDING LLC,
a New York limited liability company

By: ______________________
Name: Daniel Wheeler
Title: Authorized Signatory

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE AND TWO FAMILY DWELLING

State of New York

SS.:

| | | |
|---|---|---|
| BROOKLYN | 2541 | 30 |
| Borough | Block | Lot |

Name of Grantee (Type or Print)

287Prop LLC By: Jonathan Rubin , Sole Member

Signature of Grantor

Signature of Grantee

Sworn to before me

this 16 day of February

DINA SCHWAB
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires August 22, 2026

# Applicable properties compliant with the Smoke Detector requirement

| Street Address | Unit/Apt | Borough | Block | Lot |
| --- | --- | --- | --- | --- |
| 293 MCGUINNESS BOULEVARD | | BROOKLYN | 2541 | 33 |
| 287 MCGUINNESS BOULEVARD | | BROOKLYN | 2541 | 36 |

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

GRANTOR:

287A MCGUINNESS HOLDING LLC,
a New York limited liability company

By: ______________________
Name: Daniel Wheeler
Title: Authorized Signatory

293 MCGUINNESS HOLDING LLC,
a New York limited liability company

By: ______________________
Name: Daniel Wheeler
Title: Authorized Signatory

299 MCGUINNESS HOLDING LLC,
a New York limited liability company

By: ______________________
Name: Daniel Wheeler
Title: Authorized Signatory

Sworn to before me this
12th day of February, 2025.

______________________
NOTARY PUBLIC

MEGAN PERAINO
Notary Public, State of New York
No. 01PE6387324
Qualified in New York County
Commission Expires August 21, 2027