# Exhibit 8

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2024080500884001002E7046

**RECORDING AND ENDORSEMENT COVER PAGE** **PAGE 1 OF 5**

**Document ID: 2024080500884001** Document Date: 07-08-2024 Preparation Date: 08-06-2024
Document Type: DEED
Document Page Count: 4

**PRESENTER:**
CROSSBRIDGE TITLE
4667 ROUTE NINE NORTH
CBT21002
HOWELL, NJ 07731
732-554-8800
ALIZA@CROSSBRIDGETITLE.COM

**RETURN TO:**
BARCLAY DAMON LLP
LAUREN J. WACHTLER, ESQ.
1270 AVENUE OF THE AMERICAS, SUITE 501
NEW YORK, NY 10020

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 8669 | 18 Entire Lot | | 3052 BRIGHTON 1 STREET |

**Property Type:** APARTMENT BUILDING

**CROSS REFERENCE DATA**

CRFN_______ *or* DocumentID________ *or* _______ Year_____ Reel____ Page_____ *or* File Number__________

**PARTIES**

**GRANTOR/SELLER:**
3052 BRIGHTON ST OWNER LLC
520 MADISON AVE RM 3501
NEW YORK, NY 10022-4434

**GRANTEE/BUYER:**
3052 BRIGHTON PROPERTIES LLC
1 METROTECH CTR STE 1803
BROOKLYN, NY 11201

**FEES AND TAXES**

**Mortgage :**

| | | |
|---|---|---|
| Mortgage Amount: | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 |
| Exemption: | | |
| TAXES: County (Basic): | $ | 0.00 |
| City (Additional): | $ | 0.00 |
| Spec (Additional): | $ | 0.00 |
| TASF: | $ | 0.00 |
| MTA: | $ | 0.00 |
| NYCTA: | $ | 0.00 |
| Additional MRT: | $ | 0.00 |
| TOTAL: | $ | 0.00 |
| Recording Fee: | $ | 57.00 |
| Affidavit Fee: | $ | 0.00 |

| | | |
|---|---|---|
| Filing Fee: | $ | 250.00 |
| NYC Real Property Transfer Tax: | $ | 342,998.97 |
| NYS Real Estate Transfer Tax: | $ | 84,935.50 |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed 08-07-2024 15:48
City Register File No.(CRFN):
**2024000204677**

SIGILLUM CIVITATIS NOVI EBORACI 1625

*Colette McClain-Jacques*

***City Register Official Signature***

**BARGAIN AND SALE DEED WITH COVENANT AGAINST GRANTOR'S ACTS**

THIS INDENTURE dated July 8__, 2024, by and between **3052 BRIGHTON ST OWNER LLC**, having an address 520 Madison Avenue, Suite 3501, New York, New York 10022 ("**Grantor**"), to **3052 Brighton Properties LLC**, having an address at P.O. Box 545906, Surfside, Florida 33154 ("**Grantee**").

WITNESSETH, that Grantor in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration paid by the Grantee, the receipt and sufficiency of which is hereby acknowledged by Grantor, does hereby grant and release and assign forever unto Grantee, and the heirs, successors and assigns of Grantee, that certain plot, piece or parcel of land situate lying and being in the Borough of Brooklyn, County of Kings, City of New York and State of New York, known as and by the street address 3052 Brighton 1st Street, Brooklyn, New York 11235 (Block: 8669, Lot: 18), as more particularly bounded and described in **Schedule A** attached hereto and made a part hereof (the "**Land**");

**TOGETHER** with all right, title and interest of Grantor in and to any and all buildings and improvements located on the Land (the "**Improvements**");

**TOGETHER** with all right, title and interest, if any, of Grantor in and to any easements, rights of way, privileges, benefits, appurtenances, hereditaments, strips, gaps and gores, and any and all other rights, if any, thereon or in any way pertaining thereto, including, without limitation, any land lying in the bed of any streets and roads abutting the above-described Land to the center lines thereof (the foregoing rights, together with the Land and the Improvements being hereinafter referred to, collectively, as the "**Premises**");

**BEING** the same premises described in the deed to the 3052 Brighton First LLC dated as of 1/12/2024 and recorded 2/9/2024 as CRFN 2024000035936;

**TO HAVE AND TO HOLD** the Premises herein granted, or mentioned and intended so to be, unto Grantee, and the heirs, successors and assigns of Grantee, forever;

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises has been encumbered in any way whatsoever, except as aforesaid;

**AND** Grantor, in compliance with Section 13 of the Lien Law, covenants that Grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of improvements and will apply the same first to the payment of the cost of improvements before using any part of the total of the same or any other purpose;

**IN WITNESS WHEREOF**, Grantor has duly executed this deed the day and year first above written.

**GRANTOR:**

**3052 BRIGHTON ST OWNER LLC,**
a Delaware limited liability company

By: ______________________________
Name: Urian Yap
Title: Authorized Signatory

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

On the 2nd day of July in the year 2024, before me, the undersigned, a Notary Public in and for said State, personally appeared Urian Yap, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

______________________________
Notary Public (SEAL)

JIGANASA PARIKH-SILO
Notary Public, State of New York
No. 01PA6179443
Qualified In Richmond County
Certificate on file in New York County
Commission Expires ____________

JIGANASA PARIKH-SILO
Notary Public State of New York
No. 01PA6179443
Qualified in Richmond County
Certificate on File in New York County
Commission Expires 03.21.2028

SCHEDULE A

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of Brighton 1st Street, formerly East 2nd Street, distant 121 feet 5-3/4 inches northerly from the corner formed by the intersection of the westerly side of Brighton 1st Street, with the northerly side of Brighton Beach Avenue, as said Street and Avenue are laid down on a certain map entitled, "Map of Property of Brighton by Sea, Inc., at Brighton Beach, Brooklyn, New York, Block 7284A to 7284P, filed September 15, 1915, No. 1655.

RUNNING THENCE westerly at right angles to Brighton 1st Street, 100 feet to a point;

THENCE northerly parallel with Brighton 1st Street, 180 feet to a point;

THENCE easterly again at right angles to Brighton 1st Street, 100 feet to the point on westerly side of Brighton 1st Street;

THENCE southerly along the westerly side of Brighton 1st Street, 180 feet to the point or place of BEGINNING.

**BARGAIN AND SALE DEED WITH COVENANT AGAINST GRANTOR'S ACTS**

3052 BRIGHTON ST OWNER LLC

TO

3052 BRIGHTON PROPERTIES LLC

| Block: | Lot: |
|---|---|
| **8669** | **18** |

County: Kings
Address: 3052 Brighton 1st Street, Brooklyn, New York 11235

**RECORD AND RETURN TO**:

Barclay Damon LLP
1270 Avenue of the Americas, Suite 501
New York, NY 10020
Attention: Lauren J. Wachtler, Esq.

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2024080500884001002SBEC7

**SUPPORTING DOCUMENT COVER PAGE** **PAGE 1 OF 1**

**Document ID: 2024080500884001** Document Date: 07-08-2024 Preparation Date: 08-06-2024
Document Type: DEED

**ASSOCIATED TAX FORM ID:** 2024070300347

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 3 |

FOR CITY USE ONLY
C1. County Code
C2. Date Deed Recorded ___ / ___ / ___ (Month / Day / Year)
C3. Book OR C5. CRFN
C4. Page

# REAL PROPERTY TRANSFER REPORT

STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

## RP - 5217NYC

## PROPERTY INFORMATION

1. Property Location: 3052 (STREET NUMBER) BRIGHTON 1 STREET (STREET NAME) BROOKLYN (BOROUGH) 11235 (ZIP CODE)

2. Buyer Name: 3052 BRIGHTON PROPERTIES LLC (LAST NAME / COMPANY) FIRST NAME
LAST NAME / COMPANY FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form) LAST NAME / COMPANY FIRST NAME
STREET NUMBER AND STREET NAME CITY OR TOWN STATE ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: FRONT FEET X DEPTH OR ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

8. Seller Name: 3052 BRIGHTON ST OWNER LLC (LAST NAME / COMPANY) FIRST NAME
LAST NAME / COMPANY FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:

- A ☐ One Family Residential
- B ☐ 2 or 3 Family Residential
- C ☐ Residential Vacant Land
- D ☐ Non-Residential Vacant Land
- E ☐ Commercial
- F ☑ Apartment
- G ☐ Entertainment / Amusement
- H ☐ Community Service
- I ☐ Industrial
- J ☐ Public Service

## SALE INFORMATION

10. Sale Contract Date: Month ___ Day ___ Year ___

11. Date of Sale / Transfer: 7 / 8 / 2024 (Month / Day / Year)

12. Full Sale Price $ 1,306,041,8

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations) *Please round to the nearest whole dollar amount.*

13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:

- A ☐ Sale Between Relatives or Former Relatives
- B ☐ Sale Between Related Companies or Partners in Business
- C ☐ One of the Buyers is also a Seller
- D ☐ Buyer or Seller is Government Agency or Lending Institution
- E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
- F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
- G ☐ Significant Change in Property Between Taxable Status and Sale Dates
- H ☐ Sale of Business is Included in Sale Price
- I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
- J ☑ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: D 7

16. Total Assessed Value (of all parcels in transfer): 2,582,100

17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional identifier(s))

BROOKLYN 8669 18

202407030034720105

**CERTIFICATION**

**I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.**

**BUYER**

| BUYER SIGNATURE | | DATE |
|---|---|---|
| | | 7/5/24 |

| STREET NUMBER | STREET NAME (AFTER SALE) |
|---|---|
| 123 | |

| CITY OR TOWN | STATE | ZIP CODE |
|---|---|---|
| BROOKLYN | NY | 11211 |

**BUYER'S ATTORNEY**

| LAST NAME | FIRST NAME |
|---|---|
| | |

| AREA CODE | TELEPHONE NUMBER |
|---|---|
| | |

**SELLER**

| SELLER SIGNATURE | DATE |
|---|---|
| | |

**CERTIFICATION PAGE**
**(RP-5217NYC)**

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**SELLER:**

Employer Identification Number: 99-0447006

**3052 BRIGHTON ST OWNER LLC**

By: ____________________ __________
Name: Urian Yap
Title: Authorized Signatory

Sworn to and subscribed to before me on

this 2nd day of July, 2024

______________________________
Signature of Notary

JIGANASA PARIKH-SILO
Notary Public, State of New York
No. 01PA6179443
Qualified In Richmond County
Certificate on file In New York County
Commission Expires ________

JIGANASA PARIKH-SILO
Notary Public State of New York
No. 01PA6179443
Qualified in Richmond County
Certificate on File in New York County
Commission Expires 03.21.2028