# Exhibit 11

New York City Department of Finance

Office of the City Register

HELP

[Click help for additional instructions]
Selecting a help option will open new window

***Current Search Criteria:***

**Borough:** BROOKLYN / KINGS
**Block:** 08669
**Lot:** 0018 **Unit:** N/A
**Date Range:** To Current Date
**Document Class:** All Document Classes

# Search Results By Parcel Identifier

Records 1 - 10 << previous next >> Max Rows 10 [ Search Options ] [ New BBL Search] [Edit Current Search] [View Tax Map] [**Print Index**]

| View | Reel/Pg/File | CRFN | Lot | Partial | Doc Date | Recorded / Filed | Document Type | Pages | Party1 | Party2 | Party 3/ Other | More Party 1/2 Names | Corrected/ Remarks | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DET IMG | | 2026000048642 | 18 | ENTIRE LOT | 1/30/2026 | 2/18/2026 11:23:57 AM | JUDGMENT | 4 | QUEEN EQUITIES LLC | YECHIEL S. SPREI, AS SOLE MEMBER AND MANAGING MEMB | | ✓ | | 0 |
| DET IMG | | 2026000048641 | 18 | ENTIRE LOT | 1/30/2026 | 2/18/2026 11:23:56 AM | DECLARATION | 5 | YECHIEL S. SPREI, AS SOLE MEMBER AND MANAGING MEMB | J RUBIN AS MANAGING MEMBER OF QUEEN EQUITIES LLC | | ✓ | | 0 |
| DET IMG | | 2024000249024 | 18 | ENTIRE LOT | 5/13/2024 | 9/24/2024 8:53:12 AM | ASSIGNMENT, MORTGAGE | 8 | SIG RCRS D MF 2023 VENTURE LLC | 3052 BRIGHTON NOTE LLC | | | | 0 |
| DET IMG | | 2024000204679 | 18 | ENTIRE LOT | 7/8/2024 | 8/7/2024 3:48:36 PM | AGREEMENT | 28 | 3052 BRIGHTON PROPERTIES LLC | 3052 BRIGHTON NOTE LLC | | | | 10,000,000 |
| DET IMG | | 2024000204678 | 18 | ENTIRE LOT | 7/8/2024 | 8/7/2024 3:48:35 PM | MORTGAGE | 12 | 3052 BRIGHTON PROPERTIES LLC | 3052 BRIGHTON NOTE LLC | | | | 1,500,000 |
| DET IMG | | 2024000204677 | 18 | ENTIRE LOT | 7/8/2024 | 8/7/2024 3:48:34 PM | DEED | 5 | 3052 BRIGHTON ST OWNER LLC | 3052 BRIGHTON PROPERTIES LLC | | | | 13,066,628 |
| DET IMG | | 2024000050674 | 18 | ENTIRE LOT | 1/4/2024 | 2/28/2024 12:57:55 PM | ASSIGNMENT, MORTGAGE | 10 | SIGNATURE BANK AND FDIC | SIG RCRS D MF 2023 VENTURE LLC | | | | 0 |
| DET IMG | | 2024000035946 | 18 | ENTIRE LOT | 1/12/2024 | 2/9/2024 12:30:47 PM | SATISFACTION OF MORTGAGE | 5 | 3052 BRIGHTON FIRST LLC | 3052 BRIGHTON 1ST STREET LLC | | | | 0 |
| DET IMG | | 2024000035945 | 18 | ENTIRE LOT | 1/12/2024 | 2/9/2024 12:30:46 PM | ASSIGNMENT OF LEASES AND RENTS | 16 | 3052 BRIGHTON ST OWNER LLC | SIG RCRS D MF 2023 VENTURE LLC | | | | 8,500,000 |
| DET IMG | | 2024000035944 | 18 | ENTIRE LOT | 1/12/2024 | 2/9/2024 12:30:45 PM | AGREEMENT | 54 | 3052 BRIGHTON ST OWNER LLC | SIG RCRS D MF 2023 VENTURE LLC | | | | 8,500,000 |

Search Options | New Parcel Identifier Search | Edit Current Search | View Tax Map

Go To: Finance Home Page | NYC.gov Home Page | Contact Us | Privacy Policy | Terms of Use