# Exhibit 12

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2026021700898002001EA123

**RECORDING AND ENDORSEMENT COVER PAGE** **PAGE 1 OF 4**

**Document ID: 2026021700898002** Document Date: 01-30-2026 Preparation Date: 02-17-2026
Document Type: JUDGMENT
Document Page Count: 2

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| VERTEX TITLE<br>3813 13TH AVENUE<br>BROOKLYN, NY 11219<br>718-715-4333<br>CHAYAP@VERTEXTITLE.COM | VERTEX TITLE<br>3813 13TH AVENUE<br>BROOKLYN, NY 11219<br>718-715-4333<br>CHAYAP@VERTEXTITLE.COM |

**PROPERTY DATA**

| **Borough** | **Block** | **Lot** | **Unit** | **Address** |
|---|---|---|---|---|
| BROOKLYN | 8669 | 18 Entire Lot | | 3052 BRIGHTON 1 STREET |

**Property Type:** APARTMENT BUILDING

**CROSS REFERENCE DATA**

CRFN_______ *or* DocumentID________ *or* _______ Year_____ Reel____ Page_____ *or* File Number__________

**PARTIES**

| **PARTY 1:** | **PARTY 2:** |
|---|---|
| QUEEN EQUITIES LLC<br>1120 LEXINGTON AVENUE<br>LAKEWOOD, NJ 08701 | YECHIEL S. SPREI, AS SOLE MEMBER AND MANAGING MEMB<br>1 METROTECH CENTER, SUITE 1803,<br>BROOKLYN, NY 11201 |

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| **Mortgage :** | | |
|---|---|---|
| Mortgage Amount: | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 |
| Exemption: | | |
| TAXES: County (Basic): | $ | 0.00 |
| City (Additional): | $ | 0.00 |
| Spec (Additional): | $ | 0.00 |
| TASF: | $ | 0.00 |
| MTA: | $ | 0.00 |
| NYCTA: | $ | 0.00 |
| Additional MRT: | $ | 0.00 |
| TOTAL: | $ | 0.00 |
| Recording Fee: | $ | 47.00 |
| Affidavit Fee: | $ | 0.00 |

| | | |
|---|---|---|
| Filing Fee: | $ | 0.00 |
| NYC Real Property Transfer Tax: | $ | 0.00 |
| NYS Real Estate Transfer Tax: | $ | 0.00 |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed 02-18-2026 11:23
City Register File No.(CRFN):
**2026000048642**

[signature]

***City Register Official Signature***

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2026021700898002001CA3A3

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)** **PAGE 2 OF 4**

**Document ID: 2026021700898002** Document Date: 01-30-2026 Preparation Date: 02-17-2026
Document Type: JUDGMENT

**PARTIES**

**PARTY 2:**
3052 BRIGHTON PROPERTIES LLC
3052 BRIGHTON 1ST STREET
BROOKLYN, NY 11235

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------------X
Queen Equities LLC

Plaintiff,

-against-

Yechiel S. Sprei and 3052 Brighton Properties LLC

Defendant.
-----------------------------------------------------------------------X

Index No.:

AFFIDAVIT OF CONFESSION OF JUDGMENT

STATE OF NEW YORK, COUNTY OF KINGS ss.:

Yechiel S. Sprei personally and as Managing Member and Sole Member of 3052 Brighton Properties LLC, being duly sworn, depose and say; That deponents are the Defendants herein and have an address as set forth below.

The Defendants hereby, jointly and severally confess judgment herein and authorize entry thereof against Defendants in the sum of FOUR HUNDRED AND FIFTY THOUSAND ($450,000.00) Dollars, plus all accrued interest and legal costs.

Defendants authorize entry of judgment in Kings County, New York.

This confession of judgment is for a debt justly due to the Plaintiff arising from the following facts:

Plaintiff has provided a loan to Defendant 3052 Brighton Properties LLC, of which Defendant Yechiel S. Sprei is the guarantor in the amount of the judgment confessed herein.

*This affidavit, if made in connection with an agreement for the purchase of $1,500.00 or less of any commodities for any use other than a commercial or business use upon any plan of deferred payments whereby the price or cost is payable in two or more installments, was executed subsequent to the time a default occurred in the payment of an installment thereunder?*

______________________
Yechiel S. Sprei

______________________
Yechiel S. Sprei, as Managing Member and Sole Member of 3052 Brighton Properties LLC

Sworn to before me this
30 day of January, 2026

______________________
Notary Public

Sworn to before me this
30 day of January, 2026

______________________
Notary Public

FRANK R. SEDDIO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 24-4978483
Qualified in Kings County
Commission Expires March 4, 20 26

# EXHIBIT A

File No.: VT-NY-4012

## LEGAL DESCRIPTION

ALL THAT CERTAIN plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of Brighton 1st Street, formerly East 2nd Street, distant 121 feet and 5-3/4 inches northerly from the corner formed by the intersection of the westerly side of Brighton 1st Street with the northerly side of Brighton Beach Avenue, as said street and avenue are laid down on a certain map entitled, "Map of Property of Brighton by Sea, Inc., at Brighton Beach, Brooklyn, New York, Block 7284A to 7264P, filed September 15, 1915, number 1655;

RUNNING THENCE westerly at right angles to Brighton 1st Street, 100 feet to a point;

THENCE northerly parallel with Brighton 1st Street, 180 feet to a point;

THENCE easterly again at right angles to Brighton 1st Street, 100 feet to the point on westerly side of Brighton 1st Street;

THENCE southerly along the westerly side of Brighton 1st Street, 180 feet to the point or place of BEGINNING.

For Information Only:
Said premises are known as 3052 Brighton 1st Street, Brooklyn, NY and designated as Block 8669 Lot 18 as shown on the Tax Map of the City of New York, County of Kings.

FOR INFORMATIONAL PURPOSES ONLY: Also known as Lot 18 in Block 8669 on the City of Brooklyn Tax Map.