# Exhibit 13

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------x

QUEEN EQUITIES LLC, Index No. **513439/2026**

Plaintiff,

-against-

**JUDGMENT BY**
**<u>CONFESSION</u>**

YECHIEL S. SPREI and 3052 BRIGHTON PROPERTIES LLC,

Defendants.
-----------------------------------------------------------------x

| | |
|---|---|
| Amount Confessed | $ 2,500,000.00 |
| Interest | $ |
| Costs by Statute | $ |
| Transcript | $ |
| Fees on Execution | $ |
| Satisfaction | $ |
| Filing Fee | $ 210.00 |
| | |
| Total | $ 2,500,210.00 |

STATE OF NEW YORK

COUNTY OF KINGS

ATTORNEY'S AFFIRMATION

The undersigned, attorney at law of the State of New York, affirms that he is attorney of record for the Plaintiff herein and states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

**<u>/s/ Avi Rosengarten</u>**
AVI ROSENGARTEN
2 Skillman Street, Suite 201
Brooklyn, New York 11205
(718) 338-3842

~~JUDGMENT entered the ________ day of April, 2026~~

On filing the foregoing affidavit of Confession of Judgment by the Defendants herein, sworn to the 7th day of April 2026.

NOW, ON MOTION OF AVI ROSENGARTEN, attorney for Plaintiff, it is ADJUDGED that QUEEN EQUITIES LLC, Plaintiff, having an address at 1120 Lexington Avenue, Lakewood, New Jersey, do recover of YECHIEL S. SPREI and 3052 BRIGHTON PROPERTIES LLC, jointly and severally, each having an address at 4403 13th Avenue, Brooklyn, New York, the sum of $2,500,000.00 together with costs and disbursements in the amount of $210.00, amounting to a sum total of $2,500,210.00, and that the Plaintiff have execution therefor.

Clerk