# Exhibit 14

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---------------------------------------------------------------------X

Queen Equities LLC

Plaintiff,

-against-

Yechiel S. Sprei and 3052 Brighton Properties LLC

Defendant.

---------------------------------------------------------------------X

Index No.:

AFFIDAVIT OF CONFESSION OF JUDGMENT

STATE OF NEW YORK, COUNTY OF KINGS ss.:

Yechiel S. Sprei personally and as Managing Member and Sole Member of 3052 Brighton Properties LLC, being duly sworn, depose and say; That deponents are the Defendants herein and have an address as set forth below.

The Defendants hereby, jointly and severally confess judgment herein and authorize entry thereof against Defendants in the sum of TWO MILLION FIVE HUNDRED THOUSAND ($2,500,000.00) Dollars, plus all accrued interest and legal costs.

Defendants authorize entry of judgment in Kings County, New York.

This confession of judgment is for a debt justly due to the Plaintiff arising from the following facts:

Plaintiff has provided a loan to Defendant 3052 Brighton Properties LLC, of which Defendant Yechiel S. Sprei is the guarantor in the amount of the judgment confessed herein.

*This affidavit, if made in connection with an agreement for the purchase of $1,500.00 or less of any commodities for any use other than a commercial or business use upon any plan of deferred payments whereby the price or cost is payable in two or more installments, was executed subsequent to the time a default occurred in the payment of an installment thereunder.*

______________________
Yechiel S. Sprei

______________________
Yechiel S. Sprei, as Managing Member and Sole Member of 3052 Brighton Properties LLC

Sworn to before me this
14 day of April, 2026

______________________
Notary Public

FRANK R. SEDDIO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 24-4978483
Qualified in KINGS County
Commission Expires March 4, 2026

Sworn to before me this
____day of ________, 2026

______________________
Notary Public