Vincent Miletti, Esq.
***MILETTI LAW, P.C.***
153 West End Avenue, Suite 2A, Brooklyn, New York 11235
609-353-6287 (P) ⚖ 609-554-7927 (F) ⚖ VMiletti@Milettilaw.com (E)
*NY Bar 5194014 ⚖ NJ Bar 078322013*

September 22, 2026

**Sent Via ECF**.

Hon. Peggy Cross-Goldenberg, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: Angelos Metaxas and Pertshire Investments LP v. Mark David Graubard, Esq., et al., Case No. 1:25-cv-05844-EK-PCG*
*Letter-Motion of Miletti Law, P.C. to Withdraw as Counsel for Defendant Frank R. Seddio, Esq.*

Dear Judge Cross-Goldenberg:

Pursuant to Local Civil Rules 1.4(b) and 7.1(e), and Section IV.A of Your Honor's Individual Practices and Rules, the undersigned respectfully moves for an Order relieving **Miletti Law, P.C. and Vincent Miletti, Esq. as counsel of record for Defendant Frank R. Seddio, Esq.**

This application is made with Mr. Seddio's knowledge and consent and will not leave him unrepresented. **Matthew K. Flanagan, Esq. of Marshall Dennehey Warner Coleman & Goggin, P.C. has already entered an appearance on Mr. Seddio's behalf and will continue representing him in this action.**

There is good cause for the requested withdrawal. Miletti Law initially undertook Mr. Seddio's defense and has remained actively involved through substantial discovery, motion-related proceedings, conferences, and the numerous discovery disputes that have arisen during this litigation. More recently, however, Mr. Seddio's professional-liability insurance carrier assumed responsibility for providing his defense and appointed Marshall Dennehey as carrier-approved defense counsel. Following consultation among Mr. Seddio, Miletti Law, and incoming counsel, the parties agreed that the most efficient and orderly course is for Marshall Dennehey to serve as Mr. Seddio's principal counsel of record in this federal action rather than maintain duplicative representation by multiple law firms.

The requested withdrawal therefore reflects an **orderly transition of responsibility between counsel, not an abandonment of the client or an interruption in Mr. Seddio's defense.** Incoming counsel is already participating in the matter and is presently familiarizing itself with the substantial record. Miletti Law is cooperating fully with Marshall Dennehey and will transfer the relevant pleadings, discovery productions, correspondence, deposition transcripts, ESI materials, and other portions of the defense file necessary to permit an uninterrupted transition. The undersigned will likewise remain available to incoming counsel to provide historical information concerning proceedings that occurred before Marshall Dennehey's involvement.

The procedural posture of the action further supports withdrawal without prejudice to Mr. Seddio or any other party. Plaintiffs filed an Amended and Supplemental Complaint on July 31, 2026. The action remains in the discovery and pretrial phase, with discovery issues presently being addressed and requests concerning anticipated dispositive motion practice having been submitted to the Court. No trial has commenced, and Mr. Seddio will remain continuously represented by experienced counsel following the undersigned's withdrawal. Accordingly, withdrawal will not create a gap in representation, require Mr. Seddio to proceed pro se, or materially prejudice the orderly progress of this action.

Indeed, consolidation of Mr. Seddio's federal representation under the carrier-appointed firm should simplify communications, reduce duplication among counsel, and provide a single firm with responsibility for Mr. Seddio's ongoing discovery, motion practice, and litigation obligations. Miletti Law's withdrawal is therefore intended to promote efficiency and clarity as the litigation moves forward. **Miletti Law, P.C. does not assert any retaining or charging lien in connection with this action**.

This application does not seek, on behalf of Miletti Law, any adjournment, modification of a Court-ordered deadline, or other alteration of the existing schedule. **Any application that incoming counsel may separately determine is appropriate concerning the case schedule, discovery, or other relief will be made by counsel of record in accordance with the applicable rules and orders of the Court**. As such, this application does speak to any possible request for any adjournments, extensions, or additional time sought.

Mr. Seddio has been provided with a copy of this letter-motion and **consents to the requested withdrawal**. This letter-motion is also being served through ECF upon all counsel of record. In accordance with Local Civil Rule 1.4(b), proof of service upon Mr. Seddio is being filed contemporaneously herewith.

WHEREFORE, and for the reasons set forth above, Miletti Law, P.C. respectfully requests that the Court enter an Order:

1. Relieving **Vincent Miletti, Esq. and Miletti Law, P.C.** as counsel of record for Defendant Frank R. Seddio, Esq.;
2. Directing the Clerk of Court to terminate Vincent Miletti, Esq. and Miletti Law, P.C. from the ECF service list for Defendant Seddio upon entry of the Court's Order; and
3. Granting such other and further relief as the Court deems appropriate.

We thank the Court for its consideration. Should Your Honor desire a full motion to withdrawal, including a full memorandum, declaration, notice, etc., certainly do let me know.

Respectfully submitted,

Cordially,

Vincent Miletti, Esq.
Partner

cc: ECF Counsel of Record