BARKET EPSTEIN
BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

October 7, 2026

Hon. Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Metaxas et al. v. Graubard et al.*
Index: 25-cv-5844

Dear Judge Komitee:

This office represents Mr. Sprei. We are writing to notify the Court that, regrettably, Mr. Sprei was unable to tender the $50,000 sanctions payment to the Court yesterday as required.

We also write to confirm that we did not interpose any response to Plaintiffs' pending motion for attachment.

Thank you for your courtesy and attention.

Sincerely,

/s/
Bruce Barket
Alexander Klein
Danielle Muscatello