BARKETEPSTEIN
BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

October 8, 2026

Via ECF
Hon. Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Metaxas et al. v. Graubard et al.*
Index: 25-cv-5844

Dear Judge Komitee:

This office represents Mr. Sprei. We write to advise the Court that we produced to counsels, just moments ago, (1) the responsive emails referenced in Dkt. No. 236; and (2) bank records related to Surf 9 LLC, 3052 Brighton Properties, and the personal bank account referenced in Dkt. No. 236. A corresponding privilege log was previously provided.

We are committed to ensuring Mr. Sprei's substantial compliance with his remaining, outstanding discovery obligations by October 23, 2026, and we will work cooperatively with counsels to provide the Court with a comprehensive status report by October 30, 2026.

We also write to make clear to the Court, most respectfully, that Mr. Sprei is *not* intentionally disobeying this Court's orders as they relate to discovery sanction payments. On information and belief, Mr. Sprei is diligently trying to assemble the necessary funds, and he will tender payment as soon as he is able to do so.

Thank you for your courtesy and attention.

Sincerely,

/s/ *Danielle Muscatello*
Danielle Muscatello
Bruce Barket
Alexander Klein