UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ANGELO METAXAS, *et al.*,

Plaintiffs,

-against-

**ORDER**
25 CV 5844 (EK) (PCG)

MARK DAVID GRAUBARD, *et al.*,

Defendants.
---------------------------------------------------------X
**CROSS-GOLDENBERG**, United States Magistrate Judge:

On October 27, 2026, Defendant Frank R. Seddio submitted three subpoenas duces tecum directed at three per diem attorneys who appeared on his behalf in the underlying State Court Action. The subpoenas are hereby so ordered. The subpoena recipients shall comply with the subpoenas within 14 days of service. If there is a failure of compliance, Defendant Seddio shall file a letter on the docket and the Court may set a show cause deadline.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
October 28, 2026

/s/ *Peggy Cross-Goldenberg*
Peggy Cross-Goldenberg
United States Magistrate Judge
Eastern District of New York